# LAW OFFICES OF ALLA KACHAN, P.C.
# 3099 CONEY ISLAND AVENUE, 3RD FLOOR
# BROOKLYN, NEW YORK 11235
# TELEPHONE (718) 513-3145
# FACSIMILE   (347) 342-3156
# E MAIL alla@kachanlaw.com

**January 25, 2021**

**Hon. Jil Mazer-Marino**
**U.S. Bankruptcy Court,**
**Eastern District of New York**
**271-C Cadman Plaza East**
**Brooklyn, NY 11201-1800**

                          Case Name: Gubenko v. Binkevich
                          Case Number: 1-20-01025-jmm

Dear Honorable Judge Jil Mazer-Marino,

     Please be advised that our client, Defendant in the above referenced adversarial proceeding, Vladimir Binkevich, does not wish to engage in mediation, but will make one final, good faith offer to the Plaintiff, Victor Gubenko, over what has already been distributed to him by the Chapter 7 Trustee.

Sincerely,
*/s/ Alla Kachan, Esq.*
Alla Kachan, Esq.