# EXHIBIT A

1                                                      1

2

3   --------------------------------------------x

4   U.S. BANKRUPTCY COURT

5   EASTERN DISTRICT OF NEW YORK (BROOKLYN)

6   BANKRUPTCY PETITION #: 1-19-43558-cee

7   --------------------------------------------x

8

9                             November 4, 2019
                            10:57 a.m.

10

                            26 Court Street

11                             Brooklyn, New York

12

13          **EXAMINATION OF VLADIMIR BINKEVICH**, the

14   Debtor in the above-entitled action, held at

15   the above date, time and place, pursuant to

16   Order, taken before Olga Raptis, a Reporter

17   and Notary Public of the State of New York.

18

19

20

21

22

23

24

25

A P P E A R A N C E S:

WINDELS MARX LANE & MITTENDORF, LLP
Trustee
156 West 56th Street
New York, New York 10019
BY: ALAN NISSELSON, ESQ.

LAW OFFICES OF RACHEL BLUMENFELD
Attorney for Creditors
26 Court Street
Suite 2220
Brooklyn, New York 11242
BY: RACHEL BLUMENFELD, ESQ.

LAW OFFICES OF ALLA KACHAN
Attorneys for Debtor
3099 Coney Island Avenue
3rd Floor
Brooklyn, New York 11235
BY: ALLA KACHAN, ESQ.

3

ALSO PRESENT:

      VIKTOR GUBENKO

      GARY GORBAKOVSKY (via phone)

1
                                                    4
2       V L A D I M I R    B I N K E V I C H,

3                   the witness herein, having been

4                   first duly sworn by a Notary Public

5                   of the State of New York, was

6                   examined and testified as follows:

7       BY THE REPORTER:

8           Q.    Please state your name for the

9       record.

10          A.    Vladimir Binkevich.

11          Q.    Please state your address for the

12      record.

13          A.    428 Ovington Avenue, Apartment 3A,

14      Brooklyn, New York 11209.

15                   MS. BLUMENFELD:  Are we

16                   agreed that all objections, except

17                   to the form of question, can be

18                   reserved to time of trial, if there

19                   is a trial on this?

20                   MS. KACHAN:  I would like to

21                   put them on the record for them to

22                   be known.

23                   MS. BLUMENFELD:  And then he

24                   will answer the question?

25                   MS. KACHAN:  Unless

1          *Vladimir Binkevich*          5

2    something's extraordinary, yes.

3              MS. BLUMENFELD:  Unless it's

4    attorney/client privilege, I think

5    that he has to answer the

6    questions.

7              MS. KACHAN:  Rachel, like I

8    said, I'll put it on the record and

9    we'll go on from there.

10             MS. BLUMENFELD:  Good

11   morning.

12             We met before.  My name is

13   Rachel Blumenfeld.  As you know, I

14   represent three creditors:  Victor

15   Gubenko, Edward Gorbakovsky and

16   Gary Gorbakovsky.

17             THE WITNESS:  Yes, I do.

18             MS. BLUMENFELD:  I'm going

19   to ask you some questions.

20             First of all, I would like

21   to know, are you on any medication

22   that would prohibit you from being

23   able to testify honestly today?

24             THE WITNESS:  I don't know

25   which medications prohibit.

| | |
|---|---|
| 1 | *Vladimir Binkevich* |
| | 6 |
| 2 | Yes, I do take some |
| 3 | medication regarding blood |
| 4 | pressure, regarding beta blockers, |
| 5 | but I don't know. |
| 6 | What do you mean by prevent |
| 7 | me to being here? |
| 8 | MS. BLUMENFELD: No, prevent |
| 9 | you from answering. Prevent you |
| 10 | from answering honestly or -- |
| 11 | THE WITNESS: No, no, no. |
| 12 | MS. KACHAN: If anything |
| 13 | affects your cognitive ability. |
| 14 | THE WITNESS: No. |
| 15 | MS. BLUMENFELD: Nothing |
| 16 | like that, okay. |
| 17 | Are you fluent in English? |
| 18 | THE WITNESS: I hope so. |
| 19 | MS. BLUMENFELD: If there is |
| 20 | any question that I ask that you |
| 21 | don't understand, it's very |
| 22 | important that you ask me to |
| 23 | rephrase it or just to ask it |
| 24 | again. I do not want you answering |
| 25 | any questions that you don't |

1              *Vladimir Binkevich*              7

2        understand.

3              Okay?

4              THE WITNESS:  Yes.

5              MS. BLUMENFELD:  Have you

6        ever been deposed before?

7              THE WITNESS:  No.

8              MS. BLUMENFELD:  I'm going

9        to go over a few ground rules here.

10             First of all, she is

11        recording everything.  So all the

12        answers have to be audible.  So yes

13        or no, as you've been doing, are

14        the answers.  You cannot shake or

15        nod your head.

16             Okay?

17             THE WITNESS:  Yes.

18             MS. BLUMENFELD:  If you need

19        to use the bathroom or talk to your

20        lawyer, you can ask for a break.

21             If there's a question that's

22        pending during that time, I would

23        just ask that you first answer the

24        question before then.

25             Okay?

1              *Vladimir Binkevich*              8

2                    THE WITNESS:  Yes.

3     EXAMINATION BY

4     MS. BLUMENFELD:

5          Q.    Did you go to college?

6          A.    Yes.

7          Q.    Where did you go?

8          A.    In Ukraine.

9          Q.    Did you graduate?

10         A.    Yes, I did.

11         Q.    What degree do you have?

12         A.    Master's Degree in Computer

13    Science.

14         Q.    Did you go to any graduate school?

15         A.    There is different system of

16    education in Ukraine, so I did not need to.

17    We have five years college in our university

18    so after graduating five years college, we

19    get a Master's Degree.

20         Q.    Do you have any education in the

21    United States or was all of the education in

22    the Ukraine?

23         A.    Some training or some training --

24    yes, I do have.

25         Q.    Some training in the United States?

1          *Vladimir Binkevich*          9

2          A.    Yes.  But it's two, three days.  I

3     don't know if you need information about

4     that.

5          Q.    No, that's fine.

6               When did you start working?  Did

7     you start working in Ukraine or in the United

8     States?

9          A.    Ukraine, of course.

10         Q.    How long ago was that?

11         A.    I start working in Ukraine in 1978

12    when I graduated my college and I worked

13    until 1993 when I came to United States.

14         Q.    What was your title when you were

15    working in the Ukraine from 1978 till 1993?

16         A.    Programmer analyst.

17         Q.    When you came to the United States,

18    when was that?  What year was that?

19         A.    It was 1993.

20         Q.    Did you start working right away?

21         A.    No.  I started in 1994.

22         Q.    What did you do?

23         A.    I became programmer analyst.

24         Q.    Where did you work in 1994?

25         A.    The name of the company was Reinhab

1                      *Vladimir Binkevich*          10

2       (phonetic).  It was IT subsidiary of Japanese

3       shipping company.

4            Q.    How long did you work there?

5            A.    I work over there two years.  Then

6       I make a break.  I went as AVP to Citibank

7       from 1996 to 1997.  Then at 1997, I start to

8       work for Japanese company Mitsui, two

9       subsidiaries for IT.  Mitsui MOL IT America

10      and MOL IT Asia.  I used to work for MOL IT

11      America starting 1996 until 2016.

12           Q.    So just to be clear here, you had

13      said that you had worked for Citibank between

14      '96 and '97?

15           A.    Correct, one year.

16           Q.    And then '96, it had overlapped

17      this other job?

18           A.    No, no.  I used to work for Reinhab

19      '94 to '96.  To Citibank from '96 to '97.  I

20      was wrong.  In '97, I start to work IT

21      America.

22           Q.    Until 2016, correct?

23           A.    2016, yes.

24           Q.    What was your title there?

25           A.    Last title was Assistant Project

1           *Vladimir Binkevich*          11

2    Leader.

3          Q.    And what was your compensation when

4    you left there?

5          A.    One week for a year, so twenty

6    weeks.  I don't remember the number, but it

7    was twenty weeks' salary.

8                     MS. KACHAN:  I think she's

9                asking what was your salary at the

10               time.

11         A.    Oh, 120K.

12         Q.    Were you entitled to any bonuses

13   there?

14         A.    Yes, I was.

15         Q.    What were your bonuses?

16         A.    Between 5 and 7K yearly bonus.

17         Q.    And then what happened in 2016 when

18   you left?

19         A.    It was in newspapers.  Three major

20   Japanese company, MOL, NYK and K Lines

21   decided to join their computer departments

22   and instead of three IT companies, they

23   needed only one.  And not with my luck, not

24   our IT company was taken to the joined

25   company and I was laid off.

```
 1                    Vladimir Binkevich          12
 2        Q.    How long were you laid off for?
 3        A.    One and a half months.
 4        Q.    Then where did you go?
 5        A.    After this.
 6        Q.    Yes.
 7        A.    I found another job.  The company
 8   name was NPD.  It was in Fort Washington in
 9   Long Island and my title over there was
10   consultant.
11        Q.    And what was your compensation for
12   the year?
13        A.    It was hourly compensation because
14   I was consultant.  It was -- originally for
15   first year it was 55 per hour and then it
16   became 61 after one year.
17        Q.    When were you there, for how long?
18        A.    I was there from February 1917
19   until --
20                 MR. NISSELSON:  You mean
21                 2017?
22                 THE WITNESS:  Yes.  I'm so
23                 sorry.  I'm so sorry.
24        A.    I was there from February 2017
25   until June 2018.
```

| | | |
|---|---|---|
| 1 | | *Vladimir Binkevich*                                13 |
| 2 | Q. | And where did you go from there? |
| 3 | A. | From there I got another job. |
| 4 | Q. | When did you get the other job? |
| 5 | A. | I started June 2016 -- 2018. |
| 6 | Q. | Where was that? |
| 7 | A. | Location or name. |
| 8 | Q. | The name. |
| 9 | A. | The name was Consulting Company |
| 10 | | Randstan, R-A-N-D-S-T-A-N, as a consultant. |
| 11 | Q. | As a consultant? |
| 12 | A. | Yes. |
| 13 | Q. | What was your compensation there? |
| 14 | A. | It was $64.18 per hour. |
| 15 | Q. | Were you entitled to any bonuses? |
| 16 | A. | No. |
| 17 | Q. | Are you still there right now? |
| 18 | A. | No.  I was converted to full-time |
| 19 | | employee because -- |
| 20 | Q. | At the same place? |
| 21 | A. | No, no, no.  The client of Randstan |
| 22 | | was CVS and I was converted to full-time |
| 23 | | employee in CVS. |
| 24 | Q. | When was that? |
| 25 | A. | I think March 2019. |

```
1                    Vladimir Binkevich        14
2          Q.    How much are you getting paid now?
3          A.    122K.
4          Q.    Do you have any bonuses?
5          A.    I supposed to.  Based on my title
6     which is IT Advisor, I'm eligible for bonus
7     of 12.5 percent of annual salary but it
8     depends on performance of the company.  So
9     there are two percentages here, 12.5 -- this
10    is the stable percent and company performance
11    is variable, depends of the company
12    performance.
13                    MS. KACHAN:  Have you gotten
14              any?
15                    THE WITNESS:  No.
16                    MS. BLUMENFELD:  What was
17              the question?
18                    MS. KACHAN:  I asked if he's
19              actually gotten any bonuses.
20                    THE WITNESS:  No.
21          Q.    You just started working there in
22    March of 2019?
23          A.    Correct.
24          Q.    So I would assume that the bonus,
25    if you get any, would probably be coming in
```

1                    *Vladimir Binkevich*              15
2      December; is that correct?
3            A.    I think is going to be in April
4      when financial -- let me say this way.  I did
5      not go through the procedure of review in the
6      company of getting any bonuses in the company
7      so I cannot predict when it is supposed to be
8      paid and how it's supposed to be paid and is
9      it a lump sum or during some period of time.
10     I am not able to answer.
11           Q.    They have not told you; is that
12     correct?
13           A.    I did not ask them.
14           Q.    Do they contribute to any 401(k)
15     for you?
16           A.    Actually, I am eligible, but I did
17     not ask.  I'm not participating right now in
18     contribute.  They contribute in 401(k) only
19     in case when I am contribute in some money
20     from my salary, correct.
21           Q.    Right.
22           A.    I did not fill application to
23     contribute any amount of my salary to 401(k).
24           Q.    Is there any reason that you did
25     not fill that out?

| | |
|---|---|
| 1 | *Vladimir Binkevich*                16 |
| 2 | A.    I predict some expenses due to this |
| 3 | process. |
| 4 | Q.    Are you currently married? |
| 5 | A.    I am in separation. |
| 6 | Q.    Where does your wife live? |
| 7 | A.    My wife live in the same apartment |
| 8 | as I do. |
| 9 | Q.    When did you separate from her? |
| 10 | A.    Actually, our relationship was |
| 11 | broken a few years ago, but originally we -- |
| 12 | I mean right now we in separation. |
| 13 | Q.    How many bedrooms do you have in |
| 14 | your apartment? |
| 15 | A.    Four. |
| 16 | Q.    You are in one bedroom and she |
| 17 | occupies another bedroom? |
| 18 | A.    Yes. |
| 19 | Q.    Why has one of you not moved out? |
| 20 | A.    Because we don't see -- I mean we |
| 21 | have big apartment.  It allows us to be in |
| 22 | separate room and to not have any family |
| 23 | relation. |
| 24 | Q.    If you can estimate when you |
| 25 | separated, a year, what year would you say |

```
 1                    Vladimir Binkevich           17
 2      that was?
 3                       MS. KACHAN:  I don't believe
 4               that's what he said.
 5                       He didn't say --
 6                       MS. BLUMENFELD:  He said it
 7               broke down a few ago.
 8                       MS. KACHAN:  A few years.
 9                       MS. BLUMENFELD:  That's what
10               I'm asking.
11                       My question is what year
12               would you say --
13           A.    Listen, when you say separation,
14      you mean our actual relationship or paper
15      relationship?
16           Q.    Actual relationship.
17           A.    2016, I would say.
18           Q.    2016 is when your relationship
19      broke down?
20           A.    Yes.
21           Q.    Do you share any accounts with her?
22           A.    No.  We have separate accounts.  We
23      have separate households.  Your client knows
24      I can cook, I can clean apartment and I'm
25      pretty good to stay alone.
```

```
 1                    Vladimir Binkevich        18
 2           Q.    Have you ever shared a bank
 3      account?
 4           A.    Yes, we did.
 5           Q.    When is the last time you shared a
 6      bank account?
 7           A.    I think 2015 or 2016.  I am not
 8      sure.  Then we closed all shared accounts and
 9      we closed all shared credit cards.  And since
10      that moment we have our own separate accounts
11      and separate credit cards.
12           Q.    Have you, because of the
13      separation, did you give her any money from
14      the accounts?  Did she take the money, the
15      balance from the account or did you keep the
16      money or did you split it?  How did that
17      work?
18           A.    Neither myself has access to her
19      account and she does not have access to my
20      account.
21                    MS. KACHAN:  That's not what
22                 she asked.
23           Q.    I'm talking about when you had
24      joint accounts and you said you closed it,
25      what happened to the money in that account?
```

1              *Vladimir Binkevich*          19
2          A.    I don't remember.  I mean, it was
3     2015, 2015 or '16 and I do not remember.
4     Since then, I moved my money -- I mean have
5     direct deposit to separate account.
6          Q.    Do you speak with your wife?
7          A.    Very, very restricted amount of
8     time and subjects.
9          Q.    Do you have an accountant?
10         A.    Which prepare my income tax?
11         Q.    Yes.
12         A.    Yes, I do.
13         Q.    Is it the same accountant that your
14    wife has?
15         A.    Actually, they are in the same
16    office.  Before I had -- they are sister and
17    brother, two accountants.  Most likely I had
18    deal with brother.  I don't know who she deal
19    with.  And right now, because most likely
20    accountant moved to another spot because he
21    is a lawyer, I deal with the sister -- I mean
22    with the lady accountant.  We file separate
23    income taxes.
24         Q.    When you filed your Chapter 11 case
25    in 2017, you were separated from your wife;

1               *Vladimir Binkevich*              20

2      however, her income was included in your

3      bankruptcy paperwork.

4           A.    It was a request, I think.

5                 What do you mean --

6                      MS. KACHAN:  They were still

7                 married.

8                      MS. BLUMENFELD:  They're

9                 still married.  They are still

10                currently married.

11                     MS. KACHAN:  They're still

12                married.

13          Q.    Why is her income not listed now if

14     you were separated then and you're separated

15     now and her income was listed in the Chapter

16     11 case, but her income is not listed in the

17     current case?

18          A.    Because right now we have

19     absolutely separate households.  I don't know

20     even know her salary right now and as well as

21     she does not know mine.

22                And I said, we have completely

23     separate accounts, completely separate

24     households and I do not see any reason to

25     show her income tax which I am not have any

```
 1                    Vladimir Binkevich          21
 2     relation to any official legal documents.
 3          Q.    I understand, but my question is
 4     why was she included in the Chapter 11?
 5               I understand if you're separated
 6     that she shouldn't be included.  That makes a
 7     lot of sense.
 8               But my question is then why was she
 9     included in your Chapter 11 and why is she
10     not included in your Chapter 7?
11                    MS. KACHAN:  I don't think
12                    that's a question for him.
13                    MS. BLUMENFELD:  It is a
14                    question for him.
15                    MS. KACHAN:  I don't think
16                    that's a question that he
17                    understands.
18                    To your understanding at the
19                    time, they were still married --
20          Q.    Do you understand my question?
21          A.    Listen, I don't know the rules --
22          Q.    No, no, no.
23               Do you understand the question I
24     asked you?  Do you understand the question?
25          A.    Yes, I understand your question.
```

```
 1                    Vladimir Binkevich          22
 2     And correct me if I understand it
 3     incorrectly, why it was mentioned to
 4     Chapter 7 --
 5                    MS. KACHAN:  11.
 6         A.     -- 11 and was not --
 7         Q.     Mentioned in the Chapter 7.
 8                    MS. KACHAN:  They're both
 9                    mentioned.  It's about what we
10                    understood to be the situation at
11                    the time and it's what we
12                    understand now document-wise to be
13                    the situation at this time.
14                    Correct?
15                    THE WITNESS:  Yes.
16         Q.     Is she still working at the same
17     place?
18         A.     I think so, yes.  At least, I don't
19     know anything about she changed employer.
20         Q.     Where do you live right now?
21         A.     You need address?
22         Q.     Yes.
23         A.     428 Ovington Avenue, Apartment 3A,
24     Brooklyn, New York 11209.
25         Q.     And who owns that property?
```

```
1                     Vladimir Binkevich        23
2          A.    Right now the deed, I think, is on
3     both of us.
4          Q.    How long has the deed been in both
5     your names?  You keep looking at your lawyer
6     but these are questions for you.
7          A.    I understand, but it's nothing
8     prohibited to --
9          Q.    No, no, no.  I know.  I understand
10    why you're looking at her but I'm just saying
11    that these are questions -- if you don't
12    know, you can say that you don't know.
13              Did you have an attorney transfer
14    the deed?
15         A.    Okay.  The full story is at some
16    point for real estate planning purposes
17    because my condition was not good, health
18    condition, I decided to leave my apartment
19    for my kids to give them at least anything.
20    And then -- and I was actually thinking about
21    early retirement.  And because of this
22    complex of reason, we transferred the
23    ownership of apartment to the trust.
24              And then situation became that I
25    figured out that situation does not allow me
```

```
1                   Vladimir Binkevich          24
2     to go to early retirement.  I have to work as
3     much as I can and deed was transferred back
4     to me and my wife because we bought this
5     apartment together.  At the moment of buying
6     apartment, which was in 2000, nothing was
7     predict the situation about separation and
8     divorce and et cetera.
9          Q.    What year did you buy the property?
10         A.    2000.
11         Q.    Whose name was it in when you
12    bought it?
13         A.    Both of our names.
14         Q.    What year was it transferred out of
15    your name?
16         A.    It was 2017 --
17                THE WITNESS:  2017, I think?
18                MS. KACHAN:  '16.
19         A.    2016.  2016 or 2017.
20         Q.    And what year was it transferred
21    back?
22                THE WITNESS:  This year,
23             right?
24                MS. KACHAN:  (No verbal
25             response.)
```

| | | |
|---|---|---|
| 1 | *Vladimir Binkevich* | 25 |

2     A.    This year.

3     Q.    This year, meaning 2019?

4     A.    Correct.

5     Q.    Whose name was it transferred back

6    into?

7     A.    Both of us.  And also we thought

8    that since it asset, it should be fair to

9    return it back to my assets because we have

10   some obligation to our creditors.

11     Q.    How are you going to comply with

12   your obligation to the creditors by

13   transferring the property back to both your

14   names?

15     A.    Because if it was not on my name --

16              MS. KACHAN:  Wait.

17              MS. BLUMENFELD:  Let him

18        answer.

19              MS. KACHAN:  Rachel, no.  I

20        think that that is an unfair

21        question.

22        I'm going to --

23              MS. BLUMENFELD:  He's the

24        one who brought it up.

25              MS. KACHAN:  And I'm going

1              *Vladimir Binkevich*            26

2              to --

3                    MS. BLUMENFELD:  He brought

4              it up.  He said he did it for

5              creditors.  I'm asking him why.

6                    MS. KACHAN:  No, you're

7              asking him how.

8                    MS. BLUMENFELD:  No, I said

9              why.

10                   MS. KACHAN:  How.

11                   Mr. Nisselson knows how.

12             We're going to settle with the

13             trustee --

14                   MS. BLUMENFELD:  That's not

15             my question.

16                   MS. KACHAN:  -- and that

17             money is going to creditors and you

18             know that very well.  And you know

19             that he does not understand that

20             concept, not as well as you and I

21             do.

22                   MS. BLUMENFELD:  This is a

23             very intelligent man.

24                   MS. KACHAN:  Right, but he's

25             not a lawyer.  He's not a lawyer

```
 1                  Vladimir Binkevich        27
 2              and even lawyers don't know the way
 3              that it works in Chapter 7, the way
 4              it gets interest in the estate, and
 5              the way --
 6         Q.   Did somebody advise you to transfer
 7    the property out of your name into --
 8         A.   It was my decision.
 9         Q.   Did your wife agree with your
10    decision?
11         A.   Yes.
12         Q.   Did you have a lawyer write up the
13    paperwork to transfer the documents and help
14    you with that?
15         A.   Yes.
16         Q.   Who?
17         A.   I think, I think it's Victoria
18    Beris (phonetic).
19         Q.   And who helped you transfer the
20    property back?
21         A.   The same lawyer.
22         Q.   When you transferred the property
23    out of your names, you were separated at the
24    time?
25         A.   Yes.
```

*Vladimir Binkevich*                    28

1

2          Q.     Your decision to transfer it back

3     to both your names -- did you give your wife

4     any compensation at all for transferring it

5     out of her name?

6          A.     No.

7          Q.     Why did you -- if you transferred

8     it out of your name for health reasons, why

9     didn't you transfer it into your wife's name?

10         A.     Because originally it was in our

11    both names.

12               Listen, if it was originally in our

13    both names, how can I exclude her from to be

14    a property owner.

15         Q.     Well, if you're saying it's health

16    reasons and you thought that you were going

17    to have a health problem --

18         A.     Listen, it's not only health

19    reason.  Let's be honest.  I said combination

20    of the reason.  I thought about my health

21    condition, I thought about my early

22    retirement, I thought about the situation

23    with my daughter, she did not have some high

24    education, et cetera, et cetera.  It was

25    compensation -- it was several reasons.

1               *Vladimir Binkevich*          29

2       That's why I decided this would be better,

3       but then I decided I cannot afford it and we

4       transferred it back to ourselves.

5           Q.    How old are you?

6           A.    In December, 63.  I will be 63.

7           Q.    What are your health issues?

8           A.    You want all my diagnoses?

9           Q.    Yes.

10              You said that you have serious

11      health issues that are causing you to

12      transfer property out of your name --

13          A.    Listen, I said I have some health

14      issues.

15          Q.    I'm asking what your health issues

16      are.

17          A.    I have high blood pressure, I have

18      high cholesterol, I have high triglycerides,

19      I have multiple stones in my kidney, I have

20      kind of arthritis.

21          Q.    Have you been hospitalized at all

22      for any of this in the past five years?

23          A.    Yes.

24          Q.    How many times?

25          A.    About five year -- also I have some

```
 1                     Vladimir Binkevich         30
 2      bigger issue which was one year ago and I had
 3      six operations on my kidney stone.  But I'm
 4      not sure which year.  I was not ready for
 5      this question.
 6                     MS. KACHAN:  Just
 7                 approximately how many times were
 8                 you hospitalized?
 9                     THE WITNESS:  No, I said six
10                 times for kidney problem.
11           Q.    In the last five years?
12           A.    No, not in five years.  I didn't
13      say so.  I don't remember how many times in
14      five years.  In 2018, I was hospitalized for
15      vertigo.
16           Q.    Vertigo?
17           A.    Yes.
18           Q.    Did any of your doctors say that
19      any of these conditions are life threatening?
20           A.    I did not ask this question.
21           Q.    You don't always have to ask; a lot
22      of times they tell you.
23           A.    Not exactly like you ask, no.
24           Q.    And how many children do you have?
25           A.    Two.
```

```
1                    Vladimir Binkevich          31
2         Q.    How old are they?
3         A.    39 and 33.
4         Q.    Where do they live?
5         A.    My son lives in Staten Island.  My
6     daughter lives in Manhattan.
7         Q.    Do they work?
8         A.    Yes, they do.
9         Q.    What do they do?
10        A.    They are -- I mean, I don't know
11    their titles.
12        Q.    That's fine.
13              What do they do?
14        A.    They are working in financial area.
15        Q.    About much do they make?
16        A.    First of all, I don't know.  And
17    second of all, sorry to say, should I say it
18    now to you -- sorry to say -- how is it
19    related.
20        Q.    It relates because you said one of
21    the reason that you transferred the property
22    back is because you want to help your
23    daughter financially.  So that's why I'm
24    asking.
25        A.    At that moment, at that moment she
```

```
 1                    Vladimir Binkevich         32
 2      didn't have higher degree.
 3           Q.    Since then has she gotten a higher
 4      degree?
 5           A.    Yes, in this year.
 6           Q.    What degree does she have now?
 7           A.    MBA.
 8           Q.    Have you owned any other property
 9      aside from this property?
10           A.    Yes, I do.
11           Q.    Where?
12           A.    In Philadelphia with your client.
13           Q.    And when did you buy that property?
14           A.    I mean -- let's say it was a long
15      time ago.
16           Q.    Ten years, twenty years, thirty
17      years?
18                      MR. GUBENKO:   More than ten
19                 years.
20           Q.    Have you owned any other
21      properties?
22           A.    Except those.
23           Q.    Yes.
24           A.    No.
25           Q.    Any properties outside of the
```

1                    *Vladimir Binkevich*              33

2        United States and the Ukraine?

3             A.    No.

4             Q.    How many mortgages do you have on

5        your property?

6             A.    On my personal.

7             Q.    Yes.

8             A.    I have mortgages and I have credit

9        line which I took for business.

10            Q.    How much -- what is the mortgage

11       balance approximately right now?

12            A.    I think 15K.

13            Q.    One-five, 15,000?

14            A.    15,000, yes.

15            Q.    Is that the total of the mortgage

16       balance?

17            A.    Mortgage balance, yes, only

18       mortgage.  But credit line --

19            Q.    How much is the credit line?

20            A.    More than $400,000.

21            Q.    When was that taken out?

22            A.    I don't remember exactly year.

23       Most likely in 2000 -- I don't remember.

24       Sorry.

25            Q.    And what did you use the money for?

1              *Vladimir Binkevich*              34

2        A.      I invested it into the business.

3        Q.      Which business?

4        A.      Food distribution business.

5        Q.      Which one?

6        A.      If you're asking me about the exact

7    name of the company I do not remember.  It

8    can be figured out.  But since we all the

9    time are looking, this business, distribution

10   business is one business irrelevant how many

11   companies are there.  So I don't remember.

12   It depends from what company we're supposed

13   to make current payments.

14       Q.      How did it work?  You took $400,000

15   at once and then you put the money into your

16   bank and then you distributed it to the

17   business or was it one check or -- please

18   explain how the 400,000 line of credit

19   worked?  Did you take it out over a period of

20   time?

21       A.      First of all, you are asking --

22   400,000 is remaining on the credit line.

23   Originally it was 555,000.  And then depends

24   on -- from there we took it from the Wells

25   Fargo.  We got the check from Wells Fargo

1              *Vladimir Binkevich*              35

2      checkbook and depends on the need we just

3      issue a check to one of the businesses and

4      deposit into the account of the business.

5            Q.    So it was one check?

6            A.    No.

7            Q.    How many checks?

8            A.    I don't remember.

9            Q.    Do you remember over what period of

10     time the checks were written out?

11           A.    No, I don't remember.

12           Q.    Is there any way for you to be able

13     to find that out?

14           A.    I think we sent to trustee the

15     account statements for the Wells Fargo.

16           Q.    Did you transfer the property title

17     to your home after you stopped paying

18     creditors?

19           A.    Transfer.

20           Q.    Transferred from your name and your

21     wife's name to the trust?  Did you transfer --

22           A.    I don't remember.

23                 And when you say stopping pay, did

24     your client inform you that for one year, to

25     avoid any conflict with him, I pay his

```
 1                  Vladimir Binkevich          36
 2     interest by my own money, from my personal
 3     account?  Do you know this.
 4          Q.   Did you borrow the money from him
 5     personally?
 6                    MS. KACHAN:  Objection.
 7                    We're going to stop this.
 8                    MS. BLUMENFELD:  He is
 9               bringing it up --
10                    MS. KACHAN:  He brought it
11               up.  He has the right to, but
12               you're not going to continue this.
13                    MS. BLUMENFELD:  So he has
14               the right to but I do not have that
15               right?  Why are we not continuing
16               this?
17                    MS. KACHAN:  If you want to
18               continue this discussion, then it's
19               not a deposition anymore.
20                    MS. BLUMENFELD:  Why is it
21               not a deposition?
22                    MS. KACHAN:  That's more of
23               a --
24                    MS. BLUMENFELD:  He brought
25               it up -- that's more of a what?
```

1                    *Vladimir Binkevich*         37
2              MS. KACHAN:  He mentioned to
3         you that he actually made payments
4         because you're trying to trap him
5         with a question.
6              As you mentioned --
7              MS. BLUMENFELD:  I'm not
8         trying to trap him with a question.
9              MS. KACHAN:  -- he's smart,
10        so he exactly answered you the way
11        it should have been answered.
12             He told you that not only
13        did he not stop paying, he was
14        actually paying your client for
15        another year when the business was
16        already unable to pay anything on
17        its own.
18             So, obviously, you don't
19        want to hear this so you want to
20        rebut it but he said this to you in
21        response to you asking.  So you
22        tried to ask if he made this
23        transfer.  He told you why this
24        transfer was made, he told you way
25        back when the transfer was made,

1           *Vladimir Binkevich*          38
2           way before the bankruptcy, way
3           before anything else.  And he told
4           you that he was actually still not
5           only paying creditors, he was
6           paying your client who is,
7           obviously, a creditor.
8                MS. BLUMENFELD:  Alla, you
9           are really interfering with this
10          deposition.
11               MS. KACHAN:  Well, I'm not
12          going to allow you to --
13               MS. BLUMENFELD:  He didn't
14          say --
15               MS. KACHAN:  -- do what
16          you're doing.
17               MS. BLUMENFELD:  -- and you
18          can correct if I'm wrong, we can go
19          back to the transcript, I asked him
20          if he remembers when he stopped
21          paying creditors and he said he
22          doesn't remember.
23               MS. KACHAN:  He said that he
24          doesn't remember.  But then he said
25          to you --

```
 1                    Vladimir Binkevich        39
 2                 MS. BLUMENFELD:  But you
 3         just now said --
 4                 MS. KACHAN:  -- that he
 5         continued paying.  I remember when
 6         the initial transfer was because I
 7         did it in my intake so I know when
 8         he initially transferred.  I also
 9         know when he filed and when the
10         issues began.
11                 MS. BLUMENFELD:  You are
12         really -- you are convoluting --
13                 MS. KACHAN:  I am not
14         answering for him, but I'm telling
15         you what he just said to you in
16         response to your --
17                 MS. BLUMENFELD:  You're
18         convoluting the testimony.
19                 MS. KACHAN:  -- question.
20                 He answered in a way you
21         didn't want to hear it and in a way
22         you didn't want to have it on the
23         record.
24                 MS. BLUMENFELD:  Off the
25         record for one minute.
```

1          *Vladimir Binkevich*              40

2                  Off the record.

3                  (Whereupon, a discussion was

4             held off the record.)

5    BY MS. BLUMENFELD:

6        Q.    Was it a personal loan that my

7    client gave you or a business loan?

8        A.    Okay.  The money he gave to me was

9    issued to the company and was deposited to

10   the company.

11       Q.    So the check that he wrote out was

12   written to the company?

13       A.    Correct.

14       Q.    And you personally guaranteed it?

15       A.    Yes.

16       Q.    Did you pay that back at any point

17   in time from your personal account or was it

18   paid back from the business account?

19       A.    When you say paid back, what do you

20   mean.

21       Q.    You said --

22              MS. KACHAN:  Make a payment.

23              MS. BLUMENFELD:  Alla,

24         please.

25              MS. KACHAN:  Well, you

```
1                    Vladimir Binkevich            41
2              explain it or I'll explain it.
3                    MS. BLUMENFELD:  I am happy
4              to explain it --
5                    MS. KACHAN:  So specify.
6                    MS. BLUMENFELD:  -- if you
7              give me a minute and stop jumping
8              in.
9                    MS. KACHAN:  Specify.
10                    MS. BLUMENFELD:  I am going
11              to if you give me a minute, please.
12         Q.    The payments -- did you repay him
13    at all and, by the way, I have three clients
14    we're talking about here.  I'm assuming that
15    you're only talking about the client that is
16    sitting with me here today, is that correct,
17    Victor Gubenko?  That's the one that you're
18    talking about; is that correct?
19         A.    Okay, let's separate questions.
20         Q.    Yes.
21         A.    You asked me did the company which
22    we borrow money for paid to all creditors
23    their dividends.
24                    MS. KACHAN:  At any time.
25         A.    At any time, yes.
```

```
 1                    Vladimir Binkevich           42
 2                 MS. KACHAN:  Not dividends
 3            paid back at any time --
 4                 MS. BLUMENFELD:  Alla,
 5            please.
 6       A.   What do you mean?  What is your
 7   question?
 8                 MS. BLUMENFELD:  Alla, stop
 9            talking.
10                 MS. KACHAN:  Perhaps you
11            should then because I'm not going
12            to allow him to get misled by
13            questions.  So either you specify
14            your questions or I will.
15                 MS. BLUMENFELD:  Alla, he's
16            allowed to talk and finish what
17            he's saying.
18                 MS. KACHAN:  You didn't
19            specify.  He's sitting there trying
20            to separate it out for you --
21                 MS. BLUMENFELD:  Alla,
22            please stop talking --
23                 MS. KACHAN:  -- and you did
24            not.
25                 MS. BLUMENFELD:  -- and
```

1         *Vladimir Binkevich*              43
2              interfering with the deposition.
3              You came an hour late and now all
4              you're doing is jumping in and --
5                   MS. KACHAN:  And I will
6              continue jumping in if you don't do
7              it properly.
8                   MS. BLUMENFELD:  I think
9              maybe we should get the judge on
10             the phone then.
11                  MS. KACHAN:  I don't care.
12             Do what you're supposed to do.
13                  MS. BLUMENFELD:  I am doing
14             what I'm supposed to do, but --
15                  MS. KACHAN:  No.  You're not
16             specifying.
17                  MS. BLUMENFELD:  -- you have
18             to stop jumping in.
19                  MS. KACHAN:  You're not
20             specifying.
21                  MS. BLUMENFELD:  We had an
22             agreement before that there would
23             be an interruption only if it's a
24             question of attorney/client
25             privilege.

| | |
|---|---|
| 1 | *Vladimir Binkevich* 44 |
| 2 | MS. KACHAN:  And I told you |
| 3 | unless I have an issue with it. |
| 4 | And I have an issue with it because |
| 5 | you're not specifying. |
| 6 | MS. BLUMENFELD:  You have an |
| 7 | issue with everything he's |
| 8 | testifying about. |
| 9 | MS. KACHAN:  Not really. |
| 10 | MS. BLUMENFELD:  You're not |
| 11 | letting him speak without |
| 12 | interrupting. |
| 13 | MS. KACHAN:  Why don't you |
| 14 | specify the period of time you're |
| 15 | talking about?  That's all I'm |
| 16 | saying to you. |
| 17 | MS. BLUMENFELD:  My question |
| 18 | is not the period of time. |
| 19 | MS. KACHAN:  You asked at |
| 20 | any time -- perhaps you should |
| 21 | specify. |
| 22 | BY MS. BLUMENFELD: |
| 23 | Q.   Sir? |
| 24 | A.   Yes, I'm listening. |
| 25 | Q.   You are saying that my client was |

*Vladimir Binkevich*                    45

1
2  repaid some of the money that he paid the
3  company that he gave to you; is that correct?
4       A.    Okay, let's separate the question
5  because your question right now is absolutely
6  not clear.
7       Q.    Please go ahead.
8       A.    The condition of financial
9  agreement was we have to pay 12 percent to
10 the creditors.  We did it at least three or
11 four times to each and every creditors which
12 you are representing now.  Is it clear.
13      Q.    No, I'm not clear.
14            So, you're saying that you paid
15 back 12 percent to each creditor -- to the
16 three creditors I'm representing?
17      A.    From the company.  And last time
18 the company was not able to pay this money to
19 particular this reason irregardless [sic] of
20 the two others, I paid from my personal
21 account and he can confirm it to you.
22      Q.    When was that paid?
23      A.    This, I don't remember.  Probably
24 he will answer you this question.
25      Q.    Do you know how much you paid him

1                    *Vladimir Binkevich*              46

2       from your personal account?

3            A.    36,000, I think.

4            Q.    How many times did you pay him from

5       your personal account?

6            A.    One time, last time.  Before all

7       times I paid to him and to other creditors

8       from the company account.

9            Q.    So, generally, how did it work when

10      you were repaying them?  You were the one who

11      wrote it from the company account and you

12      wrote a check to them and paid them?

13           A.    When you say repay, it's not clear

14      definition.

15           Q.    Okay.

16           A.    Let me.

17                 We had agreement, official

18      agreement, that in one year we are supposed

19      to pay them dividends or whatever you call

20      it.  I do not know what do you say when say

21      repaid.  I don't know.  But the amount of 12

22      percent of the initial payment -- I mean

23      initial investment was paid to them after one

24      year when agreement expired.  It was paid to

25      them and we create new agreement for next

1              *Vladimir Binkevich*              47

2    year.

3              Now, is it clear?  Because repay,

4    it's not right definition.

5         Q.    So what you're talking about is a

6    promissory note; is that correct?

7         A.    Correct.

8         Q.    How many promissory notes do you

9    have with Mr. Gubenko?

10              MS. KACHAN:  Well --

11              MS. BLUMENFELD:  He's

12              supposed to answer.

13              Do not answer for him.

14        A.    We have it each and every year.  I

15   think with Mr. Victor Gubenko two promissory

16   notes, one for 200,000 and one for 100,000.

17   Each and every those promissory notes was

18   paid in time unless -- I mean it was paid on

19   time when it supposed to be, and last time I

20   paid this.

21        Q.    So just to clarify it was paid on

22   time until it wasn't paid?

23        A.    Yes.

24        Q.    Do you agree that you personally

25   guaranteed and owe the money to him?

1              *Vladimir Binkevich*          48

2          A.    It was, yes.  But listen, I

3    emphasize each check which he wrote was

4    issued not to my name -- even if I guaranteed

5    -- it was issued to the company account and

6    was deposited.

7          Q.    Which company account was it issued

8    to?

9          A.    Most likely, it's Euro Import, Inc.

10         Q.    And the money that you borrowed --

11               MR. NISSELSON:  Can I?

12               MS. BLUMENFELD:  Yes,

13          please.

14               MR. NISSELSON:  Is it Euro

15          Import Distribution or Euro Import

16          Bel?

17               THE WITNESS:  Euro Import,

18          Inc.

19               MR. NISSELSON:  Inc.?

20               THE WITNESS:  Yes.

21               MS. KACHAN:  That's a

22          different one.

23               THE WITNESS:  There are four

24          different companies.  Euro Import,

25          Inc.

```
1                    Vladimir Binkevich          49
2                    MS. KACHAN:  Euro Import,
3              Inc.
4                    MR. NISSELSON:  I don't have
5              that.
6                    THE WITNESS:  I mean you
7              definitely -- I mean sorry to say.
8                    MR. NISSELSON:  I have
9              Distribution.
10                   THE WITNESS:  Distributions.
11             Euro Import, Euro Import
12             Distributions, Euro Import Star,
13             Euro Import Bel.  Most likely --
14             first of all -- let me answer this
15             way --
16                   MS. BLUMENFELD:  Here if you
17             want to see these (handing).
18        A.   Rachel, let me say this way.  Those
19      checks was deposited to the company which
20      those checks was issued to.
21                   MS. BLUMENFELD:  Just wait
22             for one second.
23                   (Whereupon, a brief
24             discussion was held off the record
25             and a brief recess was taken.)
```

1               *Vladimir Binkevich*            50

2                    MS. BLUMENFELD:  We are back

3               on the record.

4    BY MS. BLUMENFELD:

5         Q.   Mr. Binkevich, during the break,

6    did you speak to anybody?

7         A.   With Victor.

8                    MR. GUBENKO: `No.

9                    MS. BLUMENFELD:  No.

10                   MR. GUBENKO:  No.

11                   MS. BLUMENFELD:  You did not

12              speak.

13                   MR. GUBENKO:  I did not

14              speak.

15                   THE WITNESS:  I mean in

16              toilet, I said --

17                   MR. GUBENKO:  Sorry.  I

18              thought you were talking about

19              different --

20                   MS. BLUMENFELD:  That, I

21              don't need to know.

22                   We're going to mark now into

23              Exhibit 1 -- I'm going to give you

24              guys a copy -- this is your

25              Voluntary Petition.

```
 1                    Vladimir Binkevich              51
 2                    (Voluntary Petition was
 3                    marked as Exhibit 1, for
 4                    identification, as of this
 5                    date.)
 6          Q.    If you could please turn to the
 7    signature page, it's Page 6 on the bottom.
 8          A.    Okay.
 9          Q.    Did you sign that petition?
10          A.    Yes.
11          Q.    Did you read everything before you
12    signed it?
13          A.    Yes.
14                    MS. BLUMENFELD:  Mark this,
15                please.
16                    (Amendment was marked as
17                Exhibit 2, for
18                identification, as of this
19                date.)
20          Q.    Now, I'm going to hand you Exhibit
21    2 which is your Amendment to the Petition
22    (handing).
23                Along with your amendment, do you
24    believe that now everything is truthful and
25    accurate?
```

| | | |
|---|---|---|
| 1 | *Vladimir Binkevich* | 52 |

2    A.    (Witness peruses Exhibit 2.)

3    I need to read it again.  I cannot

4    say yes or no because I don't -- okay.

5    Q.    Do you recall why you amended your

6    paperwork?

7    A.    Ah, okay.  Yes, because -- listen,

8    we already had this discussion.  The amount

9    of my checking account was not correct.  To

10    prove this, I sent to the trustee statement

11    from the bank on this account because

12    originally it was mentioned 45-something-

13    thousand and originally it was -- yes, it was

14    mentioned 45,000 and actually it was 26,000.

15    Q.    So with this amendment, to the best

16    of your knowledge, do you think that

17    everything is truthful and accurate on the

18    paperwork?

19    A.    As I said already, if it's only

20    this one then this is fine.  But to answer

21    you yes or no, do I need read it probably to

22    see if it's the only one.

23    Q.    Did you read the paperwork before

24    it was filed?

25    A.    Yes.  You asked me question:  Did

1           *Vladimir Binkevich*          53

2    you read the paper before you sign it?  I

3    answered yes.

4         Q.    And I'm asking with the amendment

5    that you made, with this correction, is it

6    now truthful and accurate?  Is everything

7    listed?

8         A.    Yes.

9         Q.    And your attorney is not supposed

10   to be nodding to help you answer the

11   question; you're supposed to be answering it

12   on your own.

13        A.    Did my attorney say any words?

14        Q.    She did not.  That's why I just

15   said she nodded the answer and then you

16   answered.  So I'm just saying she's not

17   supposed to be prompting you to answer the

18   question.

19             So as we stand, everything is

20   truthful and accurate, correct?

21        A.    (No verbal response.)

22        Q.    Let's look at your Schedule B,

23   please.  So I'm looking at number 17 which is

24   your TD Bank checking account.

25        A.    Okay.

1                  *Vladimir Binkevich*          54

2          Q.    What is the highest balance that

3    you have had in that account in the last two

4    years?

5          A.    This answer, I'm not able to give

6    to you.  You can get this answer when you

7    look in the old TD bank statement which I

8    sent to trustee.

9          Q.    So you give permission for the

10   trustee to provide me with all the bank

11   statements that you gave them?

12         A.    Yes.

13         Q.    But the answer is that you don't

14   know?  Is that the answer?

15         A.    I don't remember the highest, yes.

16         Q.    When you filed this paperwork, did

17   you have any other bank accounts?

18         A.    No.

19         Q.    Have you had any other bank

20   accounts in the last two years?

21         A.    Prior to what.

22         Q.    In the last two years.

23         A.    In the last two years from today or

24   prior --

25         Q.    Prior to filing.

1          *Vladimir Binkevich*          55

2                    Prior to filing the petition of --

3          A.    Okay, since I remember, as far as I

4     remember, as far as I file bankruptcy

5     regardless of chapter, I was able to have

6     only one account in TD Bank which actually

7     supports this type of accounts.  I do not

8     have any other accounts.

9          Q.    Have you had any in the last two

10    years?

11                    MS. KACHAN:  He just said

12              from the time he filed any Chapter

13              bankruptcies, so that would be

14              going back to the beginning of the

15              Chapter 11.

16         Q.    That you had no other bank

17    accounts?

18         A.    No.

19                    MS. BLUMENFELD:  Mark this.

20              (Chapter 11 was marked as

21              Exhibit 3, for

22              identification, as of this

23              date.)

24         Q.    Exhibit 3 is your prior bankruptcy

25    filing (handing).

```
 1                    Vladimir Binkevich           56
 2        A.    So we can close this.
 3        Q.    You can keep it open.
 4              Do you recognize that document?
 5        A.    Are you asking me?
 6        Q.    Yes.
 7              Do you recognize the document?
 8        A.    (Witness peruses Exhibit 3.)
 9              Yes.
10        Q.    Did you sign that?  That's your
11   prior Chapter 11 case.
12        A.    Yes.
13        Q.    If you see in Number 17, you have
14   two other bank accounts, two Citibank
15   accounts?
16        A.    Which was closed prior to 2015, I
17   think.
18        Q.    Your Chapter 11 was filed in 2017
19   and these are listed on your 2017 filing.
20              MS. KACHAN:  For which proof
21              of closing of the bank accounts was
22              provided as requested at the time
23              of filing.
24        A.    Yes, we closed those.
25        Q.    First of all, I did not ask for any
```

1              *Vladimir Binkevich*              57

2      proof of closing of any bank accounts and

3      nothing was provided.

4              But my question to you is:  Did you

5      have any bank accounts in the last two years?

6          A.    It would be great if you will tell

7      me not prior two years.  It would be much

8      helpful for me if you say in what year.

9          Q.    Okay.  I will make sure to do that

10     the next time to clarify it.

11             So why were these accounts closed?

12         A.    Because based on the rule, I allow

13     to have only one type of account.

14         Q.    That's correct.

15         A.    I follow the rules.  All statement

16     was also provided.

17         Q.    The account that you have open

18     right now, is that a debtor in possession

19     account?

20         A.    It was DAP account.  Let me answer

21     this way.  It was open as DAP.  When the case

22     was dismissed, it became a regular account.

23         Q.    If you'll see here at Number 19,

24     you have a list of five -- we're looking now

25     at the 2019 filing -- you have a list of one,

```
 1              Vladimir Binkevich          58
 2     two, three, four, five corporations --
 3          A.    Okay.
 4          Q.    So my question to you is why did
 5     you set up so many corporations?
 6          A.    Regarding variation, I don't need
 7     to answer.  I hope you do know the --
 8          Q.    I don't know any answers.  Please
 9     answer it.
10          A.    Bay Ridge Association was open with
11     Mr. Victor Gubenko and Mr. Arcadi Golden --
12     we were three partners.  And for those
13     account business interest required this so
14     many corporations.
15          Q.    Please explain what you mean by
16     business interests.
17          A.    Euro Import area was only buying
18     goods --
19          Q.    I'm just going to interrupt you
20     because there are three Euro Imports.  So
21     just explain --
22          A.    Euro Import, Inc. Was area to
23     buying everything.  Euro Star, Euro
24     Distributions -- because we have big list of
25     inventory for salesperson, it would be easier
```

1              *Vladimir Binkevich*              59

2     we split inventory into two parts.  And two

3     salespersons go to different areas with

4     different list of inventory.  This is Euro

5     Import Distributions and Euro Star.  And Euro

6     Import Bel, it was a requirement from the --

7     this company operate with chocolate factory

8     in Russia and it was requested from supplier

9     to have separate entity to have the order.

10         Q.    The percentages that are listed

11    here, is that the correct percentage of your

12    ownership in each of these?

13         A.    I'm not sure about Euro Star.  I

14    need to check my papers.

15         Q.    What do you think your percentage

16    is?

17         A.    Less.  It's around 27 or 26.

18         Q.    In the last seven years, have you

19    owned any other corporations aside from the

20    ones that are listed?

21         A.    No.

22         Q.    Have you ever heard of a company

23    called Euro Line?

24         A.    Yes.

25         Q.    Do you have any interest in Euro

```
 1                 Vladimir Binkevich        60
 2      Line?
 3           A.    No.
 4           Q.    Have any of these corporations that
 5      are listed transferred any of your
 6      percentages to any other corporation?
 7           A.    I think Euro Star.  Euro Star was
 8      -- I mean Euro Star -- it was created a new
 9      entity.  And Euro Star owns one-third of
10      those shares.
11                      MR. NISSELSON:  Of what
12                  entity?
13           A.    New entity, Euro -- I think the
14      name of the entity is Euro Line Food or
15      something like this.  Euro Line, Euro Line.
16      You call it Euro Line.
17           Q.    So, in other words, the Euro Star
18      was transferred to Euro Line food?
19           A.    No.  It's Euro Star is a part of
20      Euro Line which has 30 percent of shares with
21      new entity.
22           Q.    I'm not sure if I understand what
23      -- how that works.  If you could, explain it
24      in a little more detail.
25           A.    It was a company --
```

```
 1                    Vladimir Binkevich              61
 2         Q.    Which one was a company?
 3         A.    We call it Net Cost, but I don't
 4    remember exact name of the company.  And it
 5    was created new entity Euro Line and into
 6    this entity there were two partners, as far
 7    as I know.  One is Euro Star with 30 percent
 8    of shares.  And another is Net Cost --
 9                    MR. NISSELSON:  Net Cost?
10                    THE WITNESS:  Net Cost.
11         A.    Full name, Net, space, Cost, space,
12    Market.  Maybe it's officially different
13    name.  I don't remember.  I --
14                    MS. KACHAN:  Their street
15                    name.  That's the name they have
16                    on --
17         A.    Yes, their street name.  They own
18    Russian supermarket.
19                    MR. NISSELSON:  And I'm
20                    sorry.
21                    Can I just --
22                    MS. BLUMENFELD:  Please, go
23                    ahead.
24                    MR. NISSELSON:  Net Cost
25                    owns two-thirds of Euro Line and
```

1          *Vladimir Binkevich*              62
2               Euro Star owns one-third of Euro
3               Line?
4                    THE WITNESS:  Absolutely
5               correct.
6          Q.   Do you have any ownership in any of
7     these, in Euro Star or in Net Cost Market?
8          A.   I just mentioned to you I have in
9     Euro Star.
10         Q.   When was it transferred to Net Cost
11    Market?
12         A.   I don't remember.  I think we
13    provide some of that -- no, we didn't?  I
14    need to figure it out.
15                   MS. BLUMENFELD:  If we could
16              hold this open to find out what the
17              -- to fill this in when you
18              remember, please?
19                   If you can let me know any
20              of the blanks that you don't
21              remember, if we can please just go
22              back at a different time so that we
23              can find out what the dates are.
24                   THE WITNESS:  Yes.
25    (INSERT):_____

1                    *Vladimir Binkevich*         63

2         Q.    Net Cost Market, do you have any

3    information as far as what their revenue is?

4         A.    No.

5         Q.    Do you have any information as far

6    as Euro Line Food what their revenue is?

7         A.    No.

8         Q.    Do you have any information as far

9    as Euro Star what their revenue is?

10        A.    Euro Star does not operate anymore.

11   It closed at least --

12        Q.    When did it close?

13             MR. NISSELSON:  Rachel, you

14             have a visitor.

15             MS. BLUMENFELD:  Off the

16             record.

17             (Whereupon, a discussion was

18             held off the record.)

19   BY MS. BLUMENFELD:

20        Q.    When did it close?

21        A.    I don't remember.  We provide the

22   date of close of each of these companies.

23        Q.    When you say you provided -- I'm

24   just going to interrupt for a second -- you

25   did not provide anything to me.

1          *Vladimir Binkevich*          64
2      A.    Because you did not ask.
3              MS. KACHAN:  You didn't make
4          a request.
5              MS. BLUMENFELD:  I actually
6          did make a request --
7              MS. KACHAN:  Mr. Nisselson
8          made a request.
9              MS. BLUMENFELD:  I actually
10         made a request at the 341 that
11         anything that's provided to the
12         trustee gets provided to me, and I
13         did not get anything.
14             So I'm just saying, I don't
15         have any information because
16         nothing was provided to me.  It's
17         not the trustees' obligation to
18         have given it to me and I didn't
19         know that anything, as far as
20         documents, were turned over.
21     A.    But on top of my knowledge, you did
22  not request --
23     Q.    At the 341 hearing, I did.
24             MS. KACHAN:  You did not
25         make any requests, not in writing,

1                      *Vladimir Binkevich*            65

2              not in e-mail, not in anything.

3                     MR. NISSELSON:  Can I give

4              her everything that was sent to me?

5                     MS. KACHAN:  Absolutely.

6                     MS. BLUMENFELD:  Off the

7              record.

8                     (Whereupon, a brief

9              discussion was held off the record

10             and a brief recess was taken.)

11                    MS. BLUMENFELD:  We are back

12             on the record.

13     BY MS. BLUMENFELD:

14         A.    Yes, we are back on the record and

15     I would like to bring to your attention that

16     everything which trustee requested in written

17     form, everything was provided.  Since you did

18     not get it, trustee will share with you all

19     information.

20         Q.    I appreciate that.  Thank you very

21     much.

22             So Euro Star is closed?

23         A.    Every company in this is except Bay

24     Ridge is closed right now and accounts are

25     closed.

1                     *Vladimir Binkevich*              66

2         Q.    Do you remember when any of them

3    were closed?

4         A.    Trustee has a list of information.

5         Q.    Is the answer that you don't

6    remember?

7         A.    The answer is I don't remember.

8         Q.    Do you currently have a safe

9    deposit box?

10        A.    No.

11        Q.    Have you ever had a safe deposit

12   box?

13        A.    No.

14        Q.    Do you have interest in 401(k)s?

15        A.    Yes.

16        Q.    In the last two years, have you

17   taken any money out of any of your 401(k)s?

18        A.    Never ever from any account not

19   only two years but in entire life which I

20   withdrew money to those accounts, never ever.

21        Q.    Can you sue anyone?  Are you able

22   to sue anyone for any purpose?  For a slip

23   and fall, car accident, anything like that?

24        A.    I did not get your question.

25        Q.    Are you able --

```
 1                    Vladimir Binkevich              67
 2         A.    I am able as a United States
 3    citizen --
 4                    MS. KACHAN:  No, no, no.
 5                    If something happened and
 6              you didn't sue, do you have the
 7              right to sue?
 8                    THE WITNESS:  (No verbal
 9              response.)
10         Q.    Do you have any claims against
11    anyone?
12              So, for example, you had six
13    operations?
14              Do you have a malpractice against
15    any doctor?
16         A.    No.
17         Q.    Do you have any car accidents or
18    anything of that sort?
19         A.    No.
20         Q.    How much did you pay your lawyer
21    for this case?
22         A.    I'm so sorry, I do not want to
23    answer this question.
24         Q.    You have to answer that question.
25    It's a requirement to answer that question.
```

```
 1                    Vladimir Binkevich         68
 2                 MS. KACHAN:   You can answer.
 3         Q.    You can answer the question.
 4         A.    I don't remember.   I don't
 5    remember.   I didn't ever pay attention.
 6         Q.    Of how much money that you paid
 7    your lawyer?
 8         A.    Correct.
 9         Q.    For this case?
10         A.    I mean exactly numbers; no, I don't
11    remember.
12                 MS. KACHAN:   Actually, he
13                 didn't pay for this case.
14         Q.    Are you going to pay your attorney
15    for this case?
16         A.    Per her request, yes.
17         Q.    You are going to pay her per her
18    request.
19                 So how much are you going to pay
20    her for this case?
21         A.    Listen, is it not between my lawyer
22    and myself --
23         Q.    It is not.   It is not.
24                 Actually, if you look at your
25    paperwork, there is a section here that says
```

1          *Vladimir Binkevich*          69

2      -- that asks the question in your bankruptcy

3      paperwork, and I'll refer you to the section

4      here that asks have you paid your lawyer, any

5      lawyer for -- within the two years of filing

6      a bankruptcy, have you paid your lawyer, any

7      lawyer for helping filing a bankruptcy.

8              That is a question that is on the

9      bankruptcy petition and paperwork?

10         A.    I do not remember how much and when

11     I paid to my lawyer.

12         Q.    But you said that you are going to

13     pay in the future?

14         A.    Yes.

15         Q.    Do you have an agreement as to how

16     much you are going to pay?

17         A.    No.

18         Q.    Do you know how much -- is there --

19     there is no agreement at all as far as how

20     much you're going to pay?

21         A.    No.

22         Q.    Do you have a retainer agreement, a

23     written agreement?

24         A.    Yes, I have retainer agreement.

25         Q.    How much does the retainer

1               *Vladimir Binkevich*            70

2      agreement state?

3          A.    I don't remember.

4                MS. BLUMENFELD:  If I can

5                get a copy of that retainer

6                agreement.

7                MS. KACHAN:  First of all,

8                privilege.

9                And second of all, actually,

10               there is no retainer for this case

11               because he did not pay and did not

12               promise to pay for any of this

13               case.  And if you have a question

14               about my compensation on the other

15               case, that composition was allowed,

16               that compensation was approved.

17               That's on the dockets.  You're more

18               than welcome to open up the docket

19               and see what the Chapter 11 fees

20               were.

21               MS. BLUMENFELD:  I didn't

22               open and that was actually a

23               problem in the other case with your

24               compensation because you

25               represented him as well as the Euro

```
 1                    Vladimir Binkevich          71
 2        ones.
 3                 MS. KACHAN:  So perhaps if
 4        you think you have standing, why
 5        don't you waste your clients' money
 6        and go after it?
 7                 With that being said, my
 8        compensation was approved by the US
 9        Trustees Office.  My compensation
10        was signed off on.  So, therefore,
11        if you think you have standing go
12        on and raise any objection --
13                 MS. BLUMENFELD:  Do you want
14        to be sworn in?
15                 Can you swear in Alla,
16        please --
17                 MS. KACHAN:  Any objection
18        you want --
19                 MS. BLUMENFELD:  Excuse me.
20                 Can you swear Alla in,
21        please?
22                 MS. KACHAN:  No.
23                 Actually, I'm going to then
24        request that you serve me with
25        notice.  How about --
```

```
 1                    Vladimir Binkevich        72
 2                    MS. BLUMENFELD:  Why don't
 3          we adjourn this then?
 4                    MS. KACHAN:  Adjourn it
 5          away.  Tell your client how you're
 6          going to justify your fees.
 7                    Do whatever the heck you
 8          want --
 9                    MS. BLUMENFELD:  That is
10          none of your business as far as my
11          client's fees.
12                    MS. KACHAN:  Rachel, Rachel.
13                    MS. BLUMENFELD:  Yes.
14                    MS. KACHAN:  You're getting
15          into what's none of your business.
16          I'm going to get into yours.
17                    So I'm going to tell you one
18          more time, we said Zero and it's
19          Zero, and the agreement was Zero.
20                    I did not take any money
21          from him for Chapter 7.  I did take
22          money from him for Chapter 11.
23                    THE WITNESS:  Yes, I confirm
24          it.
25                    MS. BLUMENFELD:  So we said
```

```
 1              Vladimir Binkevich        73
 2       -- so this is both of your
 3       testimonies; is that correct?
 4              MS. KACHAN:  Well, actually,
 5       I represented this is my statement
 6       on here that says Zero and I stand
 7       by my statement.
 8              You have a problem --
 9              MS. BLUMENFELD:  I have a
10       lot of problems with your attitude,
11       with your nodding and with your
12       shaking your head --
13              MS. KACHAN:  Go ahead.
14              Do whatever you need to.
15              MS. BLUMENFELD:  -- on the
16       record to him and with your
17       prompting your client.
18              MS. KACHAN:  Whatever.
19              And I have a problem, I have
20       a problem with what you're doing
21       with testimony.
22              You're trying to mislead,
23       trying to confuse the questions,
24       not specifying the questions.  I
25       have lots of problems and issues
```

```
1                    Vladimir Binkevich        74
2         with that, too.  And if you have
3         standing for the things that you're
4         raising, why don't you do what you
5         need to do and I'll --
6              MS. BLUMENFELD:  Alla,
7         there's something called saying
8         "objection" if you have an
9         objection to the form of a
10        question.
11             MS. KACHAN:  Okay.
12             MS. BLUMENFELD:  We have
13        been sitting for over an hour and
14        you have not raised one objection
15        to the form of the question.
16             Instead, you have taken it
17        upon yourself to rephrase the
18        question --
19             MS. KACHAN:  Why don't you --
20             MS. BLUMENFELD:  -- and to
21        interrupt him anytime he goes on
22        for more than a sentence.
23             MS. KACHAN:  It speaks to
24        your ability to phrase the question
25        correctly.
```

1          *Vladimir Binkevich*          75

2                    MS. BLUMENFELD:  So maybe

3               I'm not a good lawyer.  Maybe

4               you're a better lawyer than I am.

5                    MS. KACHAN:  Take up the

6               issue with whoever you need to take

7               up the issue.

8                    MS. BLUMENFELD:  I guess

9               you're a better lawyer.

10                   MS. KACHAN:  That's what

11              we're debating today, sure.  I'll

12              agree with you if you need it.

13         Q.    Is there anybody that you owe money

14    to that is not listed on this paperwork as

15    far as -- I'm asking as far as your Chapter 7

16    case.

17                   Is there anyone --

18                   MS. KACHAN:  Are there any

19              other creditors that are not here?

20         Q.    And please stop looking at your

21    lawyer to ask her.  This is your testimony.

22         A.    Let me explain to the record why I

23    am looking to my lawyer.

24         Q.    Please, please.

25         A.    Because she is much more familiar

1                    *Vladimir Binkevich*                76

2      with the structure of this piece of paper

3      than myself.  The only reason which I'm

4      looking at my lawyer to ask her to open the

5      needed page.

6            Am I clear?

7            Q.    I understand where you're coming

8      from, but also it is your obligation as the

9      debtor in the case to make sure that

10     everything is listed.  We as lawyers help to

11     prepare the paperwork and we can advise you

12     as far as things are listed.

13            But I'm just asking if, to the best

14     of your knowledge, everybody that you think

15     that you owe money to is listed?

16            A.    That is what I would like to look

17     at.

18            Q.    Take your time and look at it.

19            A.    (Witness peruses.)

20                  Yes.

21            Q.    Yes what?

22            A.    Would you please repeat your

23     question?

24            Q.    Are all your creditors listed on

25     the paperwork?

```
 1                    Vladimir Binkevich          77
 2          A.    Yes, all my creditors are listed on
 3     the paperwork.
 4          Q.    Do you owe any taxes?
 5          A.    Taxes?  What do you mean.
 6          Q.    Do you owe the IRS or New York
 7     State any money?
 8          A.    I did not get your question.
 9          Q.    Do you owe -- when you filed this
10     bankruptcy paperwork, did you owe the IRS,
11     the Internal Revenue Service, or New York
12     State any money?
13          A.    No.
14                You mean do I need to pay to IRS or
15     New York State and I did not pay?
16          Q.    Yes, that is the question.
17          A.    No.
18                     MS. BLUMENFELD:  Mark this,
19                please.
20                     (Proof of Claim was marked
21                     as Exhibit 4, for
22                     identification, as of this
23                     date.)
24          Q.    I am putting into Exhibit 4, I
25     believe this is -- this is a Proof of Claim
```

```
 1                    Vladimir Binkevich        78
 2      from the Internal Revenue Service and this
 3      was filed in your prior Chapter 11 case.  And
 4      it shows on the second page, number 7, that
 5      you owe personal taxes for $10,000.
 6           A.    It's my personal.
 7           Q.    Yes.
 8           A.    I did not know anything about.
 9           Q.    So you're not aware that you owed
10      taxes --
11           A.    No.
12           Q.    Just so you know, you may want to
13      amend your paperwork because that is not
14      listed as an obligation in your current
15      bankruptcy case.
16                    MR. NISSELSON:  Can I ask a
17                 question while we're on this?
18                    MS. BLUMENFELD:  Yes.
19                    MR. NISSELSON:  If you turn
20                 to the last page of that exhibit,
21                 sir, you see it specifies where
22                 that liability may have derived
23                 from.
24                    Did you file a tax return
25                 for 2016?
```

```
1                    Vladimir Binkevich           79
2                    THE WITNESS:  Yes, I filed
3          it.
4                    MR. NISSELSON:  You filed it
5          late maybe?
6                    THE WITNESS:  No, I filed it
7          with the extension.
8                    MR. NISSELSON:  With the
9          extension?  So you filed it in
10         October?
11                   THE WITNESS:  Yes.
12                   MR. NISSELSON:  That's
13         probably --
14                   MS. KACHAN:  That's why they
15         have the claim.
16                   MR. NISSELSON:  They filed a
17         claim as an estimated amount
18         because when they filed the claim
19         you had not filed your return.
20                   THE WITNESS:  Right.
21                   MR. NISSELSON:  So you filed
22         your return in October?
23                   THE WITNESS:  Yes.
24                   MR. NISSELSON:  You have no
25         liability?
```

```
 1                    Vladimir Binkevich              80
 2                    THE WITNESS:  Yes, that's
 3               why --
 4                    MR. NISSELSON:  And you
 5               showed no liability?
 6                    THE WITNESS:  Yes.
 7                    That's --
 8                    MR. NISSELSON:  So
 9               therefore --
10          Q.    You don't owe money.
11                    MR. NISSELSON:  -- when you
12               filed Chapter 7 you did not owe any
13               money to the IRS, correct?
14                    THE WITNESS:  No.  That's
15               why I was so wondered because --
16                    MR. NISSELSON:  I was trying
17               to straighten it out.
18     BY MS. BLUMENFELD:
19          Q.    Again, your lawyer keeps saying I'm
20     trying to trick you.  I'm just trying to find
21     out information here.
22               So my questions are just to try to
23     find out some information because things are
24     confusing to me in looking at your old case
25     and your new case.  So that's what I'm just
```

1          *Vladimir Binkevich*          81

2     trying to figure out are answers to

3     questions.

4              There are a lot of discrepancies,

5     so I'm just trying to figure it out?

6          A.    When I answer you, do I owe some

7     money to IRS --

8          Q.    But you answered it.  I understand

9     now.

10             So the answer is that in the prior

11    case the IRS thought that you had owed money

12    because you hadn't filed correctly and I

13    guess they resolved it since this case or you

14    thought that you didn't owe it --

15             MS. KACHAN:  Not that he

16             didn't file correctly.  He didn't

17             file yet.

18         A.    It is not that I did not file it

19    correctly.  It is not correct definition.  I

20    file it based on the United States government

21    for rules and laws.  I have official

22    extension until October and I pay everything,

23    whatever -- this case is closed.  I did not

24    incorrectly pay my taxes.  I paid correctly.

25         Q.    That's fine.  If you can look

```
 1                    Vladimir Binkevich          82
 2    please on Schedule F, E and F --
 3                   MR. NISSELSON:  Which case?
 4                   MS. BLUMENFELD:  This is on
 5              the current case.
 6         Q.   Do you see the first one ACM MCC?
 7         A.   Yes.
 8         Q.   For $162,161.99?
 9         A.   Yes.
10         Q.   Can you please explain what that
11    money is owed for?
12         A.   For business.  All this money which
13    we get from this money when it was deposited
14    into the account.
15         Q.   So then I'm going to ask you why
16    this amount was not listed on your prior
17    Chapter 11 case?
18         A.   I think this maybe it was listed
19    under different name.
20         Q.   That's what I'm trying to figure
21    out and ask because I did not see it in the
22    prior case.
23         A.   Yes, Bizfi.
24         Q.   This is Biz?
25                   MS. KACHAN:  Bizfi 4.2,
```

```
 1                    Vladimir Binkevich          83
 2               Page --
 3        Q.    So I'm going to ask you to turn to
 4   4.3 because Bizfi is listed at 387,000.
 5   There are two separate accounts.
 6               So in the prior case, you only have
 7   Bizfi listed once?
 8        A.    Twice.
 9               MS. KACHAN:   Twice.
10        Q.    Let me take a look and see.
11               I'm looking at the prior case.
12               You just named it something
13   different?
14               MS. KACHAN:   Bizfi.
15        Q.    Okay, so that makes sense.  4.3 --
16   if you look at 4.1 for 162,000 and we look at
17   your prior case Bizfi for 163,000 it's about
18   the same amount.  But if you look at Bizfi in
19   number 4.3 it says 387,000 and change, but
20   4.3 on 2017 filing says $223,000.
21               So can you explain the difference
22   of $163,000 between the two filings?  Did you
23   incur more debt from Bizfi since the last
24   filing?
25        A.    No.  From last filing, no, we did
```

1                    *Vladimir Binkevich*              84

2      not have any borrow.  No, we did not have.

3           Q.    You didn't borrow money.

4                 You think it was just an error

5      in --

6           A.    Yes.

7           Q.    In the case, prior case, if you

8      want to look at the 2017 Chapter 11, you have

9      a debt there for New York Associates for

10     $36,000?

11          A.    Okay.

12          Q.    And you don't have another current

13     case; why is that?

14          A.    Because it was paid?

15          Q.    What was the money owed for?

16          A.    For the business.  Each and every

17     -- let me, okay -- each and every money which

18     we borrow we got a check to the company, not

19     personal check.  And since we have for the

20     company nobody else except -- no action was

21     allowed unless it will be deposited to the

22     company.

23          Q.    So who paid the New York

24     Associates?  You said it was paid.  Who paid

25     it?

```
1                    Vladimir Binkevich          85
2          A.    I don't remember.
3          Q.    Did you pay it personally?
4          A.    I don't remember.
5          Q.    Is it possibly that you paid it
6     personally?
7          A.    I don't remember.
8          Q.    Are you able to provide that
9     information to me?
10         A.    I will try.
11               Hold on.
12               I think for New York Associates it
13    was -- they actually withdraw money from my
14    account by marshal.
15         Q.    So marshal garnished your account?
16         A.    Yes.
17         Q.    Do you remember when?
18         A.    I don't.
19         Q.    The last bankruptcy that was filed
20    was dismissed.  That bankruptcy was
21    dismissed.
22               Do you remember when?
23         A.    No.
24         Q.    I'm going to double-check it, but I
25    think it was about January.
```

ON TIME COURT REPORTING
516-535-3939

```
1                    Vladimir Binkevich           86
2         A.    January of which year.
3         Q.    January of 20 -- I'm going to
4    double-check it right now.
5         A.    So this money is for New York
6    Associates --
7         Q.    Between the filing of -- between
8    the dismissal of your Chapter 11 case and the
9    filing of your Chapter 7 case, they've
10   garnished your -- they froze your bank
11   account and took the money out?
12        A.    First, there are a few parts of
13   your questions.
14        Q.    It's just one question.  It's just
15   one question.
16        A.    But it has two parts.  I don't
17   remember.  Yes, they withdraw -- I don't know
18   which is correct word.
19                MS. KACHAN:   Garnish.
20        A.    Garnish.
21              Yes, they garnish money from my
22   account.  They did not frozen my account.
23   One day I open my account and I saw that the
24   marshal took some money.
25        Q.    So the marshal put a hold on your
```

```
1                     Vladimir Binkevich          87
2      back account?
3           A.    Listen.  I don't know what you mean
4      when you say hold.  I just have seen that
5      some big amount of money was withdrawn by
6      marshal.  That's it.
7           Q.    Do you know how long before the
8      filing this money was withdrawn?  If it was
9      within three months before the filing?
10          A.    I don't remember.
11          Q.    On the prior case, Chapter 11 case,
12     you will see Sun Light Realty.  It's
13     $153,000.  That's a lease.
14                What is that a lease for?
15          A.    For the warehouse.
16          Q.    Warehouses.
17                Was that paid off?
18          A.    Actually, those we disagreed with
19     this amount completely because they increased
20     this amount many times.  But as far as I
21     remember, partially, it was paid by the
22     company, yes.
23          Q.    It is not listed at all in your
24     bankruptcy paperwork -- so on the current
25     bankruptcy paperwork, on the Chapter 7
```

1                     *Vladimir Binkevich*              88
2    bankruptcy paperwork.
3              So it seems as though you do not
4    owe the money right now?
5         A.    Okay.
6         Q.    So I'm asking you to your
7    understanding do you believe you still owe
8    them some funds?
9         A.    Listen, we pay less than they
10   requested because they include some huge
11   lawyer's fee, they include some few months
12   they actually already listed out to the other
13   company.  We did not agree with this amount.
14              MS. KACHAN:  I'm sorry,
15              Rachel, it's listed in Chapter 7
16              Bankruptcy 4.1 page 506.
17              MS. BLUMENFELD:  4.1 is ACM
18              MCC which he said is the same as
19              Bizfi Funding.
20              MS. KACHAN:  In the exact
21              same amount.
22              MS. BLUMENFELD:  So I
23              withdraw that question.
24         Q.   Who is Mark Kipnis?
25         A.   My partner in food distribution

1              *Vladimir Binkevich*          89

2    business.

3         Q.    Which businesses is he a partner

4    with you in?

5         A.    He has shares in all four business

6    for distributions, business-related

7    companies; Euro Import, Inc., Euro Import

8    Distribution, Euro Star LLC and Euro Import

9    Bel.

10        Q.    Why is he listed in your Chapter 11

11   case as a co-debtor and he is not listed in

12   your current case as a co-debtor?  If you

13   look to Schedule H.

14        A.    I think it's mistake.  All those

15   debts which is include the business he is

16   also supposed to be listed.

17        Q.    It seems as though according to

18   your list in your prior case that has an

19   association with Bizfi Fundings?

20        A.    Which association.

21        Q.    I don't know.  I'm asking you.  He

22   is listed on your prior case bankruptcy --

23        A.    He supposed to be listed in each

24   and every amount which we borrow for the

25   business.

1            *Vladimir Binkevich*            90

2                    MS. KACHAN:  That's not what

3              she just asked you.

4        Q.    My question is does Mark Kipnis, to

5    the best of your knowledge, have anything to

6    do with the Bizfi Fundings?

7        A.    When you say have something to do,

8    what do you mean?  He's own the company.

9        Q.    Yes.

10       A.    He's own the Bizfi.

11       Q.    Yes.

12       A.    No, he doesn't at all.

13       Q.    That's what I wanted to know

14   because it was unclear here as to whether or

15   not he had any ownership based on his being

16   listed here as a co-debtor or not.  So I was

17   not sure of that.

18            And he lives in the same building

19   as you?

20       A.    Yes, he does.

21       Q.    If we can turn to Schedule I,

22   please.

23       A.    (Witness complies.)

24       Q.    You have an amount there on number

25   one for $1,303.31.

1                    *Vladimir Binkevich*            91
2          A.    Uh-huh (affirmative).
3          Q.    Is that for your mortgage or for
4     the home equity --
5          A.    Yes.
6          Q.    That's for the mortgage, okay.
7                And then you have an amount on
8     number 5 for $3,991.05?
9          A.    Okay.
10         Q.    What is that for?
11         A.    I think now it's bigger.  This
12    amount is bigger.
13         Q.    You have on number 4C an expense of
14    $100 for home maintenance and repair?
15         A.    Uh-huh (affirmative).
16         Q.    What kind of repairs do you do a
17    monthly basis in your home?
18         A.    In my home?
19         Q.    Yes.
20         A.    A lot of them.
21         Q.    Give me an example.
22         A.    In my home some water leaks from
23    the terrace, some tracks on the wall, some
24    tracks on the doors, et cetera, et cetera.
25         Q.    Is it more cosmetic or is it --

*Vladimir Binkevich*                    92

A.    No, it is not all cosmetic, but
sometimes it's like -- when I am talking
about water leak, it's not cosmetic.

Q.    Does your wife pay for any of these
home maintenance fees?

A.    No.

Q.    Does your wife pay for the
mortgage?

A.    We split our expenses and every
month it depends on what we need.

Q.    So the $1,303.31, is that your
obligation or is that the joint obligation?

A.    There is another two parts of the
question.  First is it obligation or second
who is paying, correct.

Q.    No.  Is it a joint mortgage
payment?

A.    It's our obligation.

Q.    Is the total amount of your monthly
bill $1,303.31?

A.    (No verbal response.)

Q.    You're nodding, but does that mean
yes?

A.    Who is paying or --

```
 1                    Vladimir Binkevich        93
 2        Q.    What is your total mortgage payment
 3    every month?
 4        A.    $1,303.31.
 5        Q.    Who pays for that?
 6        A.    It depends.  Every month it depends
 7    on our agreement because we share our -- we
 8    split, not share, not share.  We split our
 9    expenses.  And each and every month we
10    briefly discuss who is paying what.  Because
11    right now the credit line is bigger and we
12    all the time split our expenses.
13        Q.    What does it depend on?  Who pays
14    it?
15        A.    It depends on our agreement each
16    and every month.
17        Q.    What is your agreement based on?
18        A.    It's our internal family situation.
19    I would like to not to answer this question.
20        Q.    You don't have a choice.  You have
21    to answer the question.
22              MS. KACHAN:  I don't think
23              that you understand the question
24              and I don't think she said it
25              clearly.
```

ON TIME COURT REPORTING
516-535-3939

1           *Vladimir Binkevich*              94
2                    She's just asking you how
3               you determine -- you're saying
4               split.
5                    Are you paying evenly or
6               does one person pays one thing and
7               another person pays another thing?
8               Is the amount equal or not.
9                    MS. BLUMENFELD:  That's not
10              what I'm asking.
11      Q.    When I asked what the mortgage is
12      you said that the total amount of the
13      mortgage payment is about $1,303.
14      A.    And I also said --
15      Q.    You also said that it depends on
16      who pays it and it's an agreement that you
17      and your wife have every month that you said
18      who is going to pay the amount, if you're
19      going to split it or who is going to pay for
20      the obligation.
21      A.    One month she pays, one month I
22      pay.
23      Q.    So the answer is -- am I correct in
24      asking -- that the answer is you pay for the
25      mortgage every other month?

```
 1                    Vladimir Binkevich        95
 2          A.    No.   I might pay two months
 3     consecutively and then she will pay two
 4     months consecutively.
 5          Q.    So whatever the agreement is -- my
 6     question is are you splitting it so that --
 7          A.    Yes, we are splitting our mortgage
 8     payment as well as we are splitting our
 9     credit line.
10          Q.    So she pays for half the credit
11     line as well?
12          A.    I did not say so.  I said --
13          Q.    I'm asking.
14          A.    I said each and every month we have
15     separate agreement.
16          Q.    So is it correct that there are
17     some months that you pay the $3,991 and some
18     months she pays the $3,991?
19          A.  · Yes, correct.
20          Q.    How long has this agreement been --
21     have you had this agreement with your wife?
22          A.    It's not official agreement.
23          Q.    I understand.  I understand.
24                Even if it's unofficial, how long
25     have you had this agreement?
```

1              *Vladimir Binkevich*              96

2          A.     I think from 2016.

3          Q.     Does that also -- is that also true

4     for the home maintenance?  Do you split that

5     amount?

6          A.     No.  This is small amount.

7     Sometimes it's $96, sometimes it's $105.  No,

8     I don't split it.

9          Q.     Is insurance -- insurance is

10    included in the mortgage payment?

11         A.     Yes.

12         Q.     Do you have homeowners insurance?

13         A.     Yes.

14         Q.     What does that policy say you are

15    insuring aside from the regular home?  Is

16    there anything else, any riders or anything

17    else for jewelry or anything else --

18         A.     No, no, no, no.  No jewelry and no

19    furniture and no nothing, just regular

20    homeowner agreement.

21         Q.     If you could please look at your

22    prior bankruptcy filing, the Chapter 11 case,

23    if you could look at your expenses there?

24    You have a number 19, you have family support

25    for $2,000.

1              *Vladimir Binkevich*              97
2              Can you please tell me who you are
3    supporting?
4         A.    My grandkids, my kids.
5         Q.    When did that support stop?
6         A.    Listen, I am supporting -- when it
7    stopped.
8         Q.    Yes.  Are you still supporting
9    them?
10        A.    I don't remember when I stopped
11   supporting them.
12        Q.    Do you still give them support?
13        A.    If you mean I give $20 to my
14   grandkids for ice cream, yes, I still support
15   them.
16        Q.    I don't consider that support, if
17   you give $20 for your grandkids.  Your
18   grandkids come to visit, I would expect that
19   you would buy them some ice cream.  That's
20   not my question.
21        A.    Exactly when it stopped, I am not
22   able to reply.
23        Q.    I understand.  That's fine.
24             Can you please take a minute on
25   your current Chapter 7 filing and look at

```
 1                  Vladimir Binkevich          98
 2      your expenses on the second page and can you
 3      please confirm that all of those expenses are
 4      still accurate?
 5           A.    (Witness peruses.)
 6                 Yes, I think yes.  Maybe vehicle
 7      expenses, insurance might be a little bit
 8      more.  Maybe it's 185.  I don't remember.
 9           Q.    Also, if you -- maybe it's
10      something that I missed, but I also see on
11      your prior filing you had a Chase account for
12      46,000, if we could look back at that.  I do
13      not see that that was listed on this filing.
14      I'm going to double-check that.
15           A.    Because it was closed.
16           Q.    But it doesn't mean that you don't
17      owe the obligation.
18                 Do you not owe that obligation
19      anymore to Chase for 46,000?  It's account
20      ending in 6907.  Actually, I do see it here
21      but you have a different amount.  So the
22      amount in the last time was $46,957 --
23           A.    Hold on.
24                 Is it personal?
25           Q.    It's a lease.  It's a lease.  The
```

```
 1                    Vladimir Binkevich          99
 2     lease now on Schedule F, on the current
 3     filing under 4.6, it's listed $35,267.
 4           A.    (Witness peruses.)
 5                 MS. KACHAN:  You have to
 6                 specify.
 7                 MS. BLUMENFELD:  Yes, no
 8                 problem.
 9           Q.    In the prior filing --
10                 MS. KACHAN:  You're talking
11                 about Schedule F debt or are
12                 talking about --
13                 MS. BLUMENFELD:  Schedule F.
14                 It's on Schedule F, 4.6 in the
15                 current case, $35,267.  And it's
16                 4.4 in the prior case.
17           A.    This is a lease for the car which
18     was used for business by Mark Kipnis.  I have
19     my own car.  And I think it was from 2017 to
20     2019.  It was decreased.
21           Q.    I'm going to turn back to another
22     question afterwards, but right now I'm going
23     to turn it over to Allen to ask some
24     questions.
25                 Okay?
```

```
 1                 Vladimir Binkevich        100
 2         A.    Yes.
 3                    MS. BLUMENFELD:   Thank you
 4              for your time.
 5    EXAMINATION BY
 6    MR. NISSELSON:
 7         Q.    I just have some questions about
 8    the businesses because they all have similar
 9    names and I'm confused a little bit on what
10    did what.
11                I know you answered it, but --
12         A.    I'm gladly --
13         Q.    -- who ran the business?
14         A.    My partner.
15         Q.    Mr. Kipnis?
16         A.    Mr. Kipnis.
17         Q.    So Mr. Kipnis ran the business?
18         A.    Yes, I was the passive partner.  If
19    you look at each and every statement which I
20    provided to you there is no one check which
21    was signed by me.
22         Q.    He signed all the checks?
23         A.    Yes.
24         Q.    How regularly did you discuss the
25    businesses with Mr. Kipnis?
```

1                    *Vladimir Binkevich*            101

2          A.    Once a week, probably.

3          Q.    Did he provide to you financial

4     statements?

5          A.    I did not ask for it.

6          Q.    At the end of the year, did you get

7     any financial statements from any of the

8     businesses?

9          A.    Actually, no.

10         Q.    Let me see if I understand what you

11    testified before --

12         A.    About four companies.

13         Q.    About the companies, generally.

14              So you want to get out the list?

15         A.    First Euro Import, Inc.  It was the

16    first entity which was created and filed.

17    And this company mostly buy the food

18    distribution which we deal with.  We are

19    buying food from former Soviet Union and

20    bringing here.

21              So the Euro Import, Inc. most

22    likely was buying foods from abroad, having

23    some exclusive distributions agreement and

24    paying for those goods.  Then Euro Import

25    Distributions --

```
1                    Vladimir Binkevich        102
2           Q.    Before we get to that.
3                 So Inc. Exclusive distribution
4     agreements, were those with retail stores?
5     How were they distributed?
6           A.    I am talking about -- Euro Import,
7     Inc. Was have exclusive distribution rights
8     for some food producer.
9           Q.    Once the food was imported, what
10    did Inc. Do with it?
11          A.    Moved to the Euro Import
12    Distributions company.
13          Q.    So it transferred that food that
14    was imported to another company?
15          A.    Yes.
16                Listen, all four offices, all four
17    offices -- one warehouse and one office.
18                Officially, we split it for taxes
19    purpose as we were suggested.  Euro Import
20    brought some food and stuck it in the
21    warehouse.  And Euro Import Distributions
22    distributed to the store in New York.
23          Q.    Is it correct to say that these
24    four companies --  it's Euro Star, Euro
25    Import Distributions, Euro Import, Inc. and
```

1          *Vladimir Binkevich*          103
2     Euro Import Bel were run really as one
3     company?
4          A.    Yes, that's correct.
5          Q.    And if I recall your testimony
6     previously at least with -- some of the
7     companies were set up separately because your
8     sources in either the Ukraine or the former
9     USSR or Russia required you to set up a
10    separate company?
11         A.    Yes.
12         Q.    Did these companies, to your
13    knowledge, have separate books or they all
14    kept one set of books?
15         A.    Each and every company has its own
16    account in the bank.  But about books, I
17    don't know.
18         Q.    Who would know?
19         A.    I don't think so that we have
20    separate books for list of buying and list of
21    selling.  We did not have this such entity.
22    We did not.
23         Q.    Mr. Kipnis would know the answer to
24    that question if I asked him?
25         A.    Yes.

1                     *Vladimir Binkevich*          104

2          Q.    Mr. Kipnis filed his own bankruptcy

3     case, if you're aware?

4                     MS. KACHAN:  Chapter 11.

5          A.    Chapter 11.

6                     MR. NISSELSON:  Are you

7                handling that Alla?

8                     MS. KACHAN:  Yes.

9          Q.    Is Mr. Kipnis still employed to

10    your knowledge?

11         A.    Employed to where?

12         Q.    Anywhere.

13         A.    I don't know.

14         Q.    You don't know?

15         A.    Yes, I don't know.

16         Q.    Whose decision was it to invest in

17    Euro Line?

18         A.    He propose it to me and I --

19         Q.    Mr. Kipnis?

20         A.    Mr. Kipnis was propose it because

21    -- and he convinced me to do this because we

22    think we can increase our sales.

23         Q.    And why was that?

24         A.    Because Euro Line -- I mean Net

25    Cost Market, street name, has around nine

```
 1                     Vladimir Binkevich        105
 2      huge supermarkets in Brooklyn and
 3      Pennsylvania --
 4                     MS. KACHAN:  Staten Island.
 5           A.    Yes, and in Staten Island also.
 6           Q.    You said that, I think you said
 7      that Euro Line, excuse me, Euro Star is about
 8      a 30 percent investor in Euro Line?
 9           A.    Correct.
10           Q.    Do you know -- when the initial
11      investment of Euro Star was made into Euro
12      Line, what was the value of that investment?
13           A.    I do not remember.  We actually
14      gave inventory to them.
15                     MS. KACHAN:  Inventory.
16           A.    Inventory.
17           Q.    Did you give any cash?
18           A.    No.
19           Q.    So the 30 percent is evaluation
20      agreed to by Euro Star and Euro Line equal to
21      whatever inventory there was --
22           A.    Not all inventory.
23           Q.    -- and whatever the value was of
24      Euro Line at the time?
25           A.    Yes.  We also transferred to them,
```

1           *Vladimir Binkevich*        106

2      since we have few distribution -- I mean how

3      to say it.  Hold on a second.  We have

4      exclusive right to sell some like, for Russia

5      -- we have exclusive right to sell product

6      from three or four companies.

7              For Russia we had distributor

8      agreement to provide mineral water, root

9      beer, some preserves, et cetera.  It's very

10     important because it's very valuable entity

11     to have this, this kind of -- because we have

12     distribution, exclusive distribution

13     agreement for the product which is popular in

14     Russian market which we usually recognize.

15         Q.    So let me see if I can put it in my

16     words and you tell me if it's correct or not.

17         A.    Yes.

18         Q.    So in addition to the inventory

19     that was transferred to Euro Line there were

20     exclusive distribution agreements that were

21     in the name of Euro Star that were

22     transferred to Euro Line too?

23         A.    Not only to Euro Star but to all --

24     in most cases, we have some -- and for Euro

25     Import.  Officially, yes.  Let's say it this

1          *Vladimir Binkevich*          107

2    way.  Yes, you understand it correctly.  All

3    exclusive distribution agreement was

4    transferred to Euro Line and this is very,

5    very, valuable entity.

6         Q.    Now, Euro Line is still operating,

7    correct?

8         A.    Correct.

9         Q.    Is it a profitable company?

10        A.    Listen, when I based on your

11   agreement ask them for the documents, they

12   rejected it and I talked with my lawyer about

13   it and then she said --

14              MS. KACHAN:  Based on his

15              request.

16              MR. NISSELSON:  I am going

17              to speak to the lawyers, so we'll

18              see.

19        Q.    So you do not have any documents

20   which indicate the value of Euro Line today?

21        A.    No.

22        Q.    If I can just try to summarize

23   everything, whatever Euro Line is worth, your

24   interest, your personal interest in Euro Line

25   would be 35 percent of the 30 percent?

```
1                    Vladimir Binkevich        108
2                    MS. KACHAN:  No.
3         A.   No.  First of all it's -- for Euro
4    Star I asked to make amendment.  I think I
5    have 27 percent of 30 percent.
6         Q.   Let's say approximately 30 percent?
7         A.   Yes, yes.
8         Q.   If you add them all up.  So you
9    would have 30 percent of the 30 percent?
10        A.   I have 27 percent of 30 percent,
11   one-third.
12        Q.   In one of the companies that was
13   under the Euro, except for Euro Line, you had
14   35 percent.
15             So for three of them you had 35
16   percent and Euro Star you had 27 percent?
17        A.   Correct.
18        Q.   So if you averaged them all up it's
19   around 30 percent?
20        A.   Okay, fine.  Approximately, yes.
21        Q.   So it's about -- unless you're
22   going to tell me each one is worth X amount,
23   which I don't think you have been able to
24   tell me that?
25        A.   No, no, no.
```

1               *Vladimir Binkevich*          109

2          Q.    So it's 30 percent of 30 percent,

3    rough-rough.

4          A.    Rough.

5          Q.    Did you formally make any request

6    for financial information of Euro Line?

7          A.    Since I received e-mail from your

8    office, I forwarded it to financial director,

9    I got a reply and I forwarded those replies

10   to my lawyer.

11                    MR. NISSELSON:  Can you

12                    forward those to me, Ms. Kachan?

13                    MS. KACHAN:  Yes.

14         Q.    If you had to estimate, I don't

15   want to say guess, that your 30,

16   approximately 30 percent of the Euro

17   companies has some value; is that correct?

18   And Euro Line?  It's worth something?

19         A.    It has some value, but there is no

20   those four companies anymore.  The only

21   existing right now, Euro Line.  It has, let's

22   say -- I have some value in Euro Line through

23   the Euro Star, through the --

24         Q.    Do you have any paperwork which

25   indicates the Euro companies' interest in

```
 1                   Vladimir Binkevich         110
 2       Euro Line?  Were there stock certificates
 3       issued?
 4            A.    I think we do have, but I am not
 5       sure that I have the -- actually I was going
 6       to ask Euro Line to provide this document,
 7       but they did not going into, but probably
 8       they would not reject your question.
 9            Q.    To your knowledge, do you have
10       those documents?
11            A.    Let me say very carefully, I was
12       ready for this question, I tried to find it
13       and I was not able.
14            Q.    Would Mr. Kipnis have it?
15            A.    For some reason we -- I will ask
16       him.
17                   MR. NISSELSON:  You
18                   represent him, Alla, so maybe you
19                   can ask him as well.
20                   MS. KACHAN:  Yes.
21                   MR. NISSELSON:  Because as
22                   you know I am --
23                   MS. KACHAN:  You're looking
24                   for the certificates for whatever --
25                   MR. NISSELSON:  I want to
```

1            *Vladimir Binkevich*            111

2            try to figure out with counsel for

3            Euro Line, one, does it have a

4            positive value and two, what

5            Mr. Binkevich's interest is worth.

6        A.    I think 2017 it was Zero because --

7    for 2017 I got from them K-1.

8        Q.    You did get a K-1?

9        A.    One year, yes.

10        Q.    Do you still have that?

11        A.    I hope so, yes.

12        Q.    Can you see if you can find it?

13        A.    For this one I probably will find.

14        Q.    2018 you did not get?

15        A.    No.

16        Q.    Did Mr. Kipnis have an active role

17    in Euro Line?

18        A.    Yes, he had.

19        Q.    Was he the Chief Executive Officer

20    of Euro Line?

21        A.    Yes.

22        Q.    For how long?

23        A.    I think for more than one year.

24        Q.    And he's no longer the Chief

25    Executive Officer?

| | | |
|---|---|---|
| 1 | *Vladimir Binkevich* | 112 |
| 2 | A. As far as I know he is not. | |
| 3 | Q. Do you know when that ended? | |
| 4 | A. Listen, it was the end of the year. | |
| 5 | I think he was fired in December 2018 or | |
| 6 | December 2017 because this year -- | |
| 7 | Q. So he was fired either in 2017 at | |
| 8 | the end of the year or 2018 sometimes? | |
| 9 | A. Yes. | |
| 10 | Q. And, to your knowledge, he is no | |
| 11 | longer employed by Euro Line? | |
| 12 | A. Correct. | |
| 13 | Q. We will find out some more | |
| 14 | information tomorrow I hope. | |
| 15 | MR. NISSELSON: I don't have | |
| 16 | any more questions. | |
| 17 | MS. BLUMENFELD: Just | |
| 18 | follow-up question. | |
| 19 | FURTHER EXAMINATION BY | |
| 20 | MS. BLUMENFELD: | |
| 21 | Q. I had asked before if you agreed | |
| 22 | that you personally guaranteed that you owed | |
| 23 | Victor Gubenko money and you said yes? | |
| 24 | A. Yes. | |
| 25 | Q. I just wanted to confirm also that | |

1                    *Vladimir Binkevich*          113

2      even though you borrowed for the business,

3      that you personally owe money to Edward

4      Gorbakovsky and Gary Gorbakovsky?

5           A.    No.

6           Q.    Why are you saying no?

7           A.    Because it was explicit request

8      from Victor Gubenko that he wants me to be a

9      personal guarantee, guarantor.

10          Q.    Are you saying that you do not know

11     owe personally to Edward Gorbakovsky and Gary

12     Gorbakovsky?

13          A.    No.   Personally not.   Promissory

14     note I think is different.

15               MS. BLUMENFELD:   Let's take

16               a few.

17               (Whereupon, a recess was

18               taken at this time.)

19               MS. BLUMENFELD:   Mark this,

20               please.

21               (Promissory Note was marked

22               as Exhibit 5, for

23               identification, as of this

24               date.)

25          Q.    Take a look there.

1                    *Vladimir Binkevich*            114

2          A.    (Witness peruses.)

3          Q.    Who signed it?

4          A.    I, as the representative, for Euro

5     Import, Inc.

6          Q.    Does the Promissory Note say on the

7     signature line anything about -- and you said

8     which one, Euro Import, Inc. -- does it

9     saying anything about, in the signature

10    block, anything about Euro Import, Inc.?

11         A.    In the signature, no, but in the

12    text, yes.

13         Q.    So I'm just asking the signature

14    block does not say anything about Euro

15    Import, Inc.; is that correct?

16         A.    That is correct.  But the body of

17    the agreement has Euro Import, Inc.

18         Q.    I do see that and I do know that.

19    I don't think that this Promissory Note was

20    actually written very well.  But I just

21    wanted to confirm that and just put that into

22    evidence.

23               Just one other question:  Do you

24    usually get tax refunds?  Do you receive tax

25    refunds from the government?

```
 1                   Vladimir Binkevich        115
 2          A.    Last year I did.
 3          Q.    How much did you get last year?
 4          A.    This, I don't remember.  I have to
 5     look.  But usually I don't.
 6                Listen, for how long do you want me
 7     to provide this information?
 8          Q.    The last year.
 9          A.    Last year is not ready because I
10     did not get anything for 2018.  Because I had
11     extension, I did not get anything.
12          Q.    Do you remember how much you got
13     for 2018?
14          A.    I just said, since I have
15     extension, I did not get anything.
16          Q.    But in prior years, do you remember
17     about how much you received in tax refunds?
18          A.    I don't remember, but this document
19     was in the list of requirements from trustee.
20     And 2017 tax return was sent to trustee based
21     on his request.
22                     MS. BLUMENFELD:  Mark this,
23                please.
24                     (Operating Report was marked
25                     as Exhibit 6, for
```

1          *Vladimir Binkevich*          116

2                    identification, as of this

3                    date.)

4          Q.    This is your last filed operating

5     report.

6          A.    Operating report.

7          Q.    Yes, in your Chapter 11 case.

8          A.    Okay.

9          Q.    If you look at it on the third

10    page, top, second line, it says tax refund.

11               How much does it say that you

12    received for the tax refund?

13         A.    27,000.

14         Q.    Is that correct?

15         A.    As I said, I don't remember.  If

16    you want exactly, I have to pick up my income

17    tax or you can see it in my tax return which

18    trustee will send to you.

19         Q.    I'm assuming that because you filed

20    this with the court, that this is correct,

21    that you received this?

22         A.    I assume also.

23         Q.    Because you were working at the

24    same job, do you think that you will be

25    receiving the same tax refund this year?

```
 1                    Vladimir Binkevich        117

 2                    MS. KACHAN:  Objection.

 3                    MS. BLUMENFELD:  I'm asking

 4              him his opinion --

 5         A.    I don't know.

 6         Q.    Did you take the same deductions

 7    last year as you did for this year?

 8         A.    Listen, I am not very familiar with

 9    all this deduction, et cetera, et cetera.  I

10    forward down to my accountant and I cannot

11    answer this question.

12         Q.    Has anything changed in your income

13    from the receipt of this tax refund for that

14    year to the current year?

15         A.    Salary was changed.

16         Q.    Salary was increased or decreased?

17         A.    First of all, listen, in 2018 -- I

18    mean -- oh my God -- I'm not ready to this

19    question and when I will receive I will

20    inform you about it how much I receive for

21    2018.  For 2017, you can get information.

22         Q.    Whatever you provide to the

23    trustee, you are in agreement that he can

24    provide a copy to me if I ask for it?

25         A.    Yes, we already discussed it.
```

1                    *Vladimir Binkevich*          118

2          Q.    I just want to make sure that for

3    any future documents that it's the same and

4    that he'll share same with me; is that

5    correct?

6          A.    Yes.

7                    MS. BLUMENFELD:   Thank you

8                so much.

9                    That's all I have.

10                   -o0o-

11                   (Whereupon, the examination

12               of VLADIMIR BINKEVICH was concluded

13               at 1:04 p.m.)

14

15

16               _____

17                    VLADIMIR BINKEVICH

18

19

20   Subscribed and sworn to
     before me this _____ day
21   of _____, 2019.

22

23   _____

     NOTARY PUBLIC
24

25